## LIST OF EXHIBITS AND WITNESSES

| Case Number | MJ21-2973 | | Title | USA v. Billy Frederick | FILED<br>CLERK U.S. DISTRICT COURT |
|---|---|---|---|---|---|
| Judge | Rozella A. Oliver, United States Magistrate Judge | | | | JUN 30 2021 |
| Dates of Trial or Hearing | | | | | |
| Court Reporters or Tape No. | CS 06/30/2021 | | | | CENTRAL DISTRICT OF CALIFORNIA<br>BY                              DEPUTY |
| Deputy Clerks | Donnamarie Luengo | | | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Kathy Yu, AUSA | Karine Basmadjian, Retained |
| | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Sharon Lee, Case Agent | Plnt |

G-65 (03/07)              LIST OF EXHIBITS AND WITNESSES              Page 1 of 1