FILED
CLERK, U.S. DISTRICT COURT
7/27/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BILLY EDWARD FREDERICK,<br>　aka "a4sbill@gmail.com,"<br>　aka "billme@gmail.com,"<br><br>　　　　Defendant. | CR No. 2:21-cr-00340-DSF<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 2251(c): Production of Child Pornography for Transportation Into the United States; 18 U.S.C. § 2422(b): Enticement of a Minor to Engage in Criminal Sexual Activity; 18 U.S.C. § 2253 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

　　The Acting United States Attorney charges:

                            COUNT ONE

                        [18 U.S.C. § 2251(c)]

　　On or about July 9, 2020, in Los Angeles County, within the Central District of California, and the Philippines, defendant BILLY EDWARD FREDERICK also known as ("aka") "a4sbill@gmail.com," aka "billme@gmail.com," employed, used, persuaded, induced, enticed, and coerced a person under 18 years of age, that is, Victim #1, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), outside of the United States, its territories, and possessions for the purpose of producing a visual

depiction of such conduct, and defendant FREDERICK intended such visual depiction to be transported to the United States by any means, including by using any means and facility of interstate and foreign commerce.

COUNT TWO

[18 U.S.C. § 2422(b)]

Beginning on a date unknown and continuing to at least July 10, 2020, in Los Angeles County, within the Central District of California, and the Philippines, defendant BILLY EDWARD FREDERICK, aka "a4sbill@gmail.com," aka "billme@gmail.com," used a facility and means of interstate and foreign commerce, namely, the Internet, Google Hangouts, and Google Chats, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, that is, Victim #1, whom defendant FREDERICK knew to be under 18 years old, to engage in sexual activity for which a person can be charged with a criminal offense, namely, Oral Copulation with a Minor, a violation of California Penal Code Section 287(b)(1); and Sodomy with a Minor, a violation of California Penal Code Section 286(b)(1).

FORFEITURE ALLEGATION ONE

[18 U.S.C. § 2253]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2253, in the event of the defendant's conviction of the offense set forth in Count One of this Information.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following property:

    (a)  All right, title, and interest in any visual depiction involved in such offense, or any book, magazine, periodical, film videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received and involved in such offense;

    (b)  All right, title, and interest in any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense;

    (c)  All right, title, and interest in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property; and

    (d)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph

4

if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 2428]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2428, in the event of the defendant's conviction of the offense set forth in Count Two of this Information.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following property:

(a)   All right, title, and interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense;

(b)   All right, title, and interest in any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly from such offense; and

(c)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18 Section 2428(b)(2), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                              TRACY L. WILKISON
                              Acting United States Attorney

*/s/ Scott Garringer*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOANNA CURTIS
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JEFFREY M. CHEMERINSKY
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section

KATHY YU
Assistant United States Attorney
Violent & Organized Crime Section