Karine Basmadjian, Esq.
BASMADJIAN LAW GROUP, APC
520 E Wilson Ave., Ste. 220
Glendale, CA 91206
(818) 500-3921
karineblaw@gmail.com

Attorney for Defendant
BILLY FREDERICK

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>BILLY EDWARD FREDERICK,<br>　　aka "A4SBILL@GMAIL.COM," and<br>　　　　"BILLME@GMAIL.COM"<br><br>　　　　Defendant. | No. CR 21-340-DSF<br><br>DEFENDANT'S [UNOPPOSED] EX-PARTE APPLICATION TO CONTINUE DEADLINE FOR FILING OF SENTENCING PLEADINGS;<br><br>**SENTENCING DATE:**<br>October 24, 2022 at 10:00 a.m. |

　　　The defendant, BILLY FREDERICK, by and through his undersigned counsel of record, hereby applies ex-parte for an order continuing the deadline for filing of sentencing pleadings.

　　　This [unopposed] ex-parte application is made pursuant to the declaration of Karine Basmadjian, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: July 26, 2022.　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Karine Basmadjian
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KARINE BASMADJIAN,
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

## DECLARATION OF KARINE BASMADJIAN

I, Karine Basmadjian, declare as follows:

1. I am an attorney retained to represent defendant Billy
   Frederick in this instant matter in the United States
   District Court, Central District of California.

2. The Sentencing in this matter is currently set for September
   19, 2022.  The PSR has been provided to the parties on
   January 31, 2022, with the current due date to file
   objections to the PSR and the sentencing memorandums by
   August 18, 2022.

3. The Court had graciously signed an order allowing expert
   psychiatrist visit with Mr. Frederick for evaluation purposes
   on April 21, 2022.  However, after multiple contacts, the
   defense was finally able to have Mr. Frederick seen in July
   due to issues with transport to a facility allowing face-to-
   face visit and evaluation.

4. As of this date, the report from defense expert Dr. Kevin
   Booker is not yet ready and from what I understand, will not
   be ready in time to prepare the sentencing memorandum. As
   such, a very brief continuance will serve all parties well in
   allowing sufficient time to receive reports, prepare
   memorandums, and come to readiness for the sentencing in this
   instant matter.

5. Assistant United States Attorney Kathy Yu, who represents the
   Government, does not oppose this request to continue the
   sentencing date to October 24, 2022.

1

2

3      I declare under the penalty of perjury that the foregoing is

4      true and correct to the best of my knowledge.

5

6      Executed on July 26, 2022, in Glendale California.

7

8

9                                        /s/ Karine Basmadjian

10                                       _____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28