UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>BILLY EDWARD FREDERICK,<br>  aka "A4SBILL@GMAIL.COM," and<br>      "BILLME@GMAIL.COM"<br><br>      Defendant. | No. CR 21-340-DSF<br><br>ORDER SETTING SCHEDULE FOR FILING OF SENTENCING PLEADINGS<br><br>**NEW SENTENCING DATE:**<br>October 24, 2022 at 10:00 a.m. |

IT IS HEREBY ORDERED AS FOLLOWS:

    1.   The sentencing date for defendant BILLY EDWARD FREDERICK ("defendant") in the above-captioned case is set for 10:00 a.m. on October 24, 2022.

    2.   The Presentence Investigation Report ("PSR") for this defendant has been disclosed to the parties on January 31, 2022.

    3.   By no later than September 19, 2022, each party shall file either: (a) its initial sentencing pleading, containing its objections to the PSR (if any) together with its position regarding sentencing; or (b) a notice that the party has no objections to the PSR and has elected not to file a position regarding sentencing.

    4.   By no later than October 3, 2022, each party shall file either: (a) its response to the other party's initial sentencing pleading, containing its responses to the other party's objections to the presentence report (if any) together with its responses to the

other party's position regarding sentencing; or (b) a notice that the party has elected not to file a response.

5. By no later than October 10, 2022, the United States Probation Office shall prepare and provide to the parties and the Court the final PSR together with an addendum addressing any objections to the PSR and the parties' sentencing positions.

_____July 29, 2022_____  _____/s/ Dale S. Fischer_____
Date                                THE HONORABLE DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE