# Exhibit B

September 16, 2022 – Page 1 from Billy Frederick

Your honor, Dale Fisher,

I come in front of you as the man I wish I were before I got myself and my victims into this. Although I am not, and have never been destructive or hurtful in nature, I did hurt people through my actions. I sincerely regret and only wish to make up for that with my repentance and through the way I plan to live my life by demonstrating repentance, regret, and a commitment not to repeat my actions. I will work to live my life in a more productive fashion and positive life, trying to help myself become more rehabilitated – both with my mental health and emotional outlook. I hope that your honor will see me as I am today, repentent and on a more rigorous path. I will pass judgement on my life with magnamity. I understand that what I did deserves punishment and all I can do is accept it. I will be the best person that I can be. I will work towards fixing my mistakes and building a better self– including my mental health, physical health and situation.

I would like to explain my health situation more specifically. Sometime in 2016, I realized that I was suffering from narcolepsy when my boss at work told me that I had to see a doctor to keep my job because he recognized my symptoms. I was falling asleep while sitting at a desk talking to him sometimes, and I could not prevent my head from falling to the side or downwards. At home, I would sometimes pass out asleep while tying my shoes before I planned to leave the house. In that 10 or 20 seconds of sitting down, I would fall asleep and wake up an hour or so later, becoming late for an appointment. I started using a sleep monitor and was shocked how sleep deprived

September 16, 2022 - page 2 from Billy Frederick

that I had become. I started to realize that I was having delusions and hallucinations in the morning as a result. It affected my memory especially being able to remember the timing of when I did something. In a 3-way phone call with my sister and a doctor in 2017 about my mother's urgent care, I unexpectedly and immediately fell asleep, embarrassingly snoring for the apparent 20-minute phone call. I restarted participating in the call again merely believing that my attention had wandered for a brief moment. I let events like this continue for about five years not knowing what to do. A doctor prescribed me with a CPAP machine which helped sometimes.

I also suffered head and neck pain for most of my life for different reasons, but being in jail has allowed me to improve. I experimented with my diet, exercise, sleep, and medication. I sleep normally again and the changes have made me feel better than I can ever remember before. I am optimistic that I can continue on my path to health and a path to being a better person. I will not return to my destructive behavior again, and feel cured from pain.

I am asking the court to save my life so I can return to making a positive contribution to others' lives as I used to. In jail, I am an unusual inmate that is educated and articulate. As a result, other inmates gravitate to me everyday for advice. Guys are often sent over to talk to me immediately when they arrive here. I help people to put their thoughts in order. I am happy to help and want to contribute importantly to others. Thank you for your patience and consideration,

Billy Frederick