# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT HEARING

| | |
|---|---|
| Case No. | CR 21-00340-DSF |
| Date | October 24, 2022 |

Present: The Honorable **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE**

Interpreter  N/A

| Renee Fisher | Pat Cuneo | Kathy Yu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Billy Edward Frederick | √ | √ | | Karine Basmadjian | √ | | √ |

**Proceedings:** SENTENCING AND JUDGMENT HEARING (Held and Completed)
☒ Non-Evidentiary  ☐ Contested

√   Refer to separate Judgment & Probation/Commitment Order.

√   The Court grants the Government's motion to dismiss all remaining count(s)/underlying indictment/information.

√   Defendant informed of right to appeal.