```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3                        WESTERN DIVISION

 4          THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

 5

 6   UNITED STATES OF AMERICA,        )
                                      )
 7                    Plaintiff,      )
                                      )
 8            vs.                     ) NO. CR 21-340-DSF
                                      )
 9   BILLY EDWARD FREDERICK,          )
                                      )
10                    Defendant.      )
     _____)

11

12

13

14                REPORTER'S TRANSCRIPT ON APPEAL

15

16                   Los Angeles, California

17            Monday, October 24, 2022, 10:20 A.M.

18

19                     Sentencing Hearing

20

21                                  PAT CUNEO CSR 1600, CRR-CM
                                    Official Reporter
22                                  First Street Courthouse
                                    350 West First Street
23                                  Room 4311
                                    Los Angeles, CA  90012
24                                  213-894-1782
                                    patcuneo1600@gmail.com
25                                  www.patcuneo.com
```

```
 1    APPEARANCES:

 2    FOR THE PLAINTIFF:    E. MARTIN ESTRADA
                            UNITED STATES ATTORNEY
 3                          BY:  KATHY YU
                            ASSISTANT UNITED STATES ATTORNEY
 4                          United States Courthouse
                            312 North Spring Street
 5                          Los Angeles, California  90012

 6    FOR THE DEFENDANT:    BASMADJIAN LAW GROUP APC
                            BY:  KARINE BASMADJIAN, ATTORNEY AT LAW
 7                          520 East Wilson Avenue
                            Suite 220
 8                          Glendale, California  91206
                            818-500-3921
 9                          karineblaw@sbcglobal.net

10    ALSO PRESENT:         SHARON LEE, FBI SPECIAL AGENT
                            DEPARTMENT OF HOMELAND SECURITY
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    LOS ANGELES, CA.; MONDAY, OCTOBER 24, 2022; 10:20 A.M.
 2                             -oOo-
 3              THE CLERK:  This United States District Court is
 4    again in session.
 5              Case No. CR 21-340-DSF, United States of America
 6    v. Billy Edward Frederick.
 7              Please state your appearances.
 8              MS. YU:  Good morning, Your Honor.  Kathy Yu on
 9    behalf of the United States; and with me at counsel's table
10    is Homeland Security Investigations, Special Agent Sharon
11    Lee.
12              MS. BASMADJIAN:  Good morning, Your Honor.
13    Karine Basmadjian appearing for Mr. Billy Frederick who is
14    present in court with me in custody sitting next to me.
15              THE COURT:  Good morning.
16              And would you approach the lectern, please.
17              MS. BASMADJIAN:  Yes, Your Honor.
18              Mr. Frederick?
19              THE DEFENDANT:  Yes.
20              THE COURT:  You need to join your attorney.
21              THE DEFENDANT:  Okay.
22                   (Pause in the proceedings.)
23              THE COURT:  This is the time set for sentencing.
24    I've read and considered the revised presentence report and
25    the addendum and the various position papers of the parties.
```

1    I've also read and considered the letters from the
2    defendant, his mother, and his sister.
3            Ms. Basmadjian, have you had enough time to read
4    the presentence report and review it with your client?
5            MS. BASMADJIAN:  I have, Your Honor.
6            THE COURT:  Did you explain the contents to him?
7            MS. BASMADJIAN:  Yes, Your Honor, I had.  I met
8    with Mr. Frederick multiple times in custody in the San
9    Bernardino Sheriff's Department.
10           I went over in detail everything that's written in
11   the presentence report, had gave Mr. Frederick an
12   opportunity to read it himself in detail and ask any
13   questions; and, subsequently, and I met again prior to the
14   sentencing date, Your Honor.
15           THE COURT:  Thank you.
16           And did you explain everything to him?
17           MS. BASMADJIAN:  I did, Your Honor.
18           THE COURT:  Do you have any concerns about his
19   ability to understand it?
20           MS. BASMADJIAN:  I do not, Your Honor.
21           THE COURT:  Mr. Frederick, did you get the
22   presentence report?
23           THE DEFENDANT:  I did.
24           THE COURT:  Did you read it?
25           THE DEFENDANT:  I did.

| | |
|---|---|
| 1 | THE COURT:  Do you need any more time to read it? |
| 2 | THE DEFENDANT:  No, Judge, I do not. |
| 3 | THE COURT:  Did Ms. Basmadjian explain it to you? |
| 4 | THE DEFENDANT:  Yes, she did. |
| 5 | THE COURT:  Did you understand it? |
| 6 | THE DEFENDANT:  Yes. |
| 7 | THE COURT:  Ms. Basmadjian, do you want to contest |
| 8 | or change anything in the presentence report other than what |
| 9 | you submitted in writing? |
| 10 | MS. BASMADJIAN:  No, Your Honor. |
| 11 | THE COURT:  Do you have anything -- I'm sorry. |
| 12 | MS. BASMADJIAN:  I'm sorry, Your Honor. |
| 13 | Other than what I've argued in my moving papers, |
| 14 | in my sentencing memorandum, and then the reply, other |
| 15 | than -- I have nothing else to add.  Nothing new. |
| 16 | THE COURT:  Is there anything you'd like to say in |
| 17 | mitigation? |
| 18 | MS. BASMADJIAN:  Your Honor, I'd like to if the |
| 19 | Court would allow me. |
| 20 | I know that this is a tough case and faced with a |
| 21 | difficult situation; and Mr. Frederick does have mitigating |
| 22 | factors, Your Honor.  One of the mitigating factors of |
| 23 | Mr. Frederick is that he was 51 years old at the time of the |
| 24 | offense and he had no prior convictions, no run-ins with the |
| 25 | law, and that he has ties with the family.  Your Honor, his |

1    mom is present in court.  And he worked as an accountant.

2    He was a -- he had a Master's degree.

3            He had an unfortunate childhood growing up.

4    Coming from a very, very difficult family dealing with

5    mental health issues; and, obviously, as the Court is aware,

6    as we submitted the report of Dr. Booker, he was molested as

7    a child.

8            Not that that's an excuse as to what transpired

9    but it was something that affected him mentally, and he was

10   in this situation and he was in a different life doing --

11   outside from his family, outside from his friends.

12           One thing with this, Mr. Frederick never traveled

13   to the Philippines, never met any of the victims, never had

14   any physical contact even though he had the ability to go

15   over there.

16           He was contacted by some individuals, whether it

17   be some adults that took advantage of the children and also

18   some of the parents that needed financial help.

19           And in his twisted mind, Your Honor, he thought

20   that he was helping these kids financially and he sort of

21   reverted back to his childhood age; and these acts are --

22   they're not something that he's proud of.

23           And he's very, very remorseful, very sorry about

24   what he did; and every penny, essentially, he earned almost

25   he sent overseas to these kids.  Again, not an excuse in his

1   twisted mind.  In his mental -- in his mental condition, he

2   thought he was helping.

3           Then he has, since then, received a lot of therapy

4   that has helped him, Your Honor, and, obviously, he had not

5   dealt with his abuse that he dealt with as a child, as a

6   minor; and in his head, he thought that was a way of life.

7           Other than the fact that he has never had any

8   contact, he did not go out seeking these victims, Your

9   Honor, and he did not physically contact them or mass

10  distributed any of these material or gain any -- had any

11  financial gain other than just kept providing financially

12  for these kids.  It's a very, very sad is situation.  Other

13  than for his own mental pleasure, his intention wasn't to

14  harm them.

15          Also, Your Honor, there is a huge disparity of

16  sentencing which I ask the Court to consider that within

17  this jurisdiction and other jurisdictions with the requested

18  sentence from the PSR as well as the government.

19          And, also, Mr. Frederick immediately took

20  responsibility and entered into a plea agreement, did not

21  contest anything, and he agreed to the restitution amount

22  assessed initially by the government.

23          Currently, the family has put the funds together

24  and waiting for the Court's order to submit the payment.

25          He agreed to do whatever it takes to make the

1  victims whole as much as he could in his hands, and I'm

2  going, if the Court would allow me, Mr. Frederick would like

3  to address the Court.

4          THE COURT:  Certainly.

5          THE DEFENDANT:  Thank you, Your Honor.

6          I just wanted to reiterate what my attorney said

7  was that I wanted to remind the Court that I've taken

8  responsibility for my actions.  I've tried to take

9  responsibility for my actions by pleading guilty and

10  cooperating with the proceeding.

11          And that I didn't consider how my actions and

12  messages were being hurtful to others.  It wasn't my goal or

13  intention to be hurtful.

14          After my meeting with Dr. Booker, I realized that

15  I sort of regressed to this immature childhood experience

16  and I didn't consider that -- he pointed out I didn't

17  realize how I might have been reliving that experience as my

18  attorney mentioned.

19          I never have abused anyone physically.  I never

20  intentionally shared a photo of anyone before.  I never

21  contemplated any financial gain.  I never expected to travel

22  except possibly for a few days of vacation to Mexico, and I

23  felt sorry for people that were poor and underprivileged.

24          You know, if you are suffering from an injury

25  there and you have to go to the hospital, you're going to

1   need, you know, 50 to a hundred dollars to go to the

2   hospital; and if you make, say, a dollar 25 an hour, that

3   makes the process almost impossible and that's what

4   originally created a lot of sympathy on my part.

5          And I realize I live in a kind of -- I lived

6   before and I do now live in kind of a comparative advantage.

7   You know, I have everything I need.  I have food, medical

8   care, and a place to sleep, whether I'm in jail or not, and

9   those that I talked to were -- didn't have that luxury to

10  see a doctor or have a place to sleep or have clothing or

11  have food oftentimes and so I just wanted to ask the Court

12  to consider that it was my intention to support the poor and

13  underprivileged in any case how it went wrong.

14          THE COURT:  Thank you.

15          From the government?

16          MS. YU:  Yes, Your Honor.

17          I'd like to start with the guidelines.  Is there

18  anything additional that the government can provide to

19  support its calculation of what it perceives to be the

20  appropriate guidelines?

21          THE COURT:  Not with regard to the guidelines.

22          MS. YU:  Okay.  So I will start with defendant's

23  lack of criminal history as mitigation.  He claims he's

24  lived an upstanding life up to this point with this as one

25  exception.

1          First, this is a huge exception.  Second, his lack

2     of arrests and convictions are already accounted for in his

3     criminal history category.

4          Third, the only reason he was not caught before

5     wasn't because he's lived a law-abiding life.  It's because

6     he's been exceptionally good at evading law enforcement,

7     changing up his habits, evolving from using Western Union to

8     crypto currency.

9          And I want to point out a couple of things in the

10    record that we didn't include in our papers but are in the

11    under seal exhibits.

12         And at Exhibit F at page 5, this is at the bottom

13    right of the exhibit, they're discussing the pending

14    criminal action in the Philippines; and one of the

15    facilitators reports to him that they think it's a certain

16    boy and they name the boy.

17         We think he's the star-witness on the case and

18    defendant's immediate reaction is to say:  Kill him first.

19         Then at Exhibit E, page 11, he's talking to a boy

20    regarding his connections in the Philippines; and the boy

21    expresses fear that he will get caught by the police and

22    says:  What if they caught us?  Will you help us free of

23    jail?

24         And defendant responds:  I have always helped my

25    friends get out of jail five or six times before.  He

1    continues saying:  Usually, it's because a boy was pressured

2    to do something that he didn't want to do and then

3    complained complaints to his parents or to the police.

4            And he makes, you know, repeated references to his

5    means and his ability, his legal know-how to help these

6    facilitators in the Philippines get out of trouble.

7            In Exhibit A at pages 10 and 17, when asked if he

8    can receive photographs or videos, meaning the child had

9    them ready to send to them, he responds with:  No, I will be

10   out of money for at least two weeks.  Had to get someone out

11   of jail.  And the someone is a facilitator in the

12   Philippines.

13           Again, you know, this is all throughout the

14   record.  I'm broke after helping your brothers.  I can't

15   afford to get four guys out of jail.  You know, he wasn't

16   careful, meaning that the facilitators and the children in

17   the Philippines, weren't careful leaving him to have to bail

18   them out.

19           This is not someone who was lived a law-abiding

20   life.  This is someone who just didn't get caught until now

21   and has acted with impunity throughout his life.

22           One of another major argument defendant makes is

23   that he had no physical contact with his victims.  Well,

24   first, the government doesn't have to wait until he's

25   traveled or until he's traveled with the intent to charge

1    him with the crimes here.  That's not what the statutes here

2    prohibit.

3            And, second, the record is very clear about the

4    physical, emotional, and mental harm he caused these

5    children without actually having to touch them.

6            And third, he absolutely wanted to have contact

7    with these boys.  He openly fantasized about it.  He talked

8    about it with these boys.  Exhibit B, at page 5 at the

9    bottom of the page, he says:  Wish I could suck a tiny dick

10   and taste cum of a young boy.  No dick is too small.  I want

11   to hold your dick while we watch movies.

12           To Victim No. 1, which is in Exhibit A at 33,

13   Victim 1 says he needs new shoes.  Defendant says he's sorry

14   to hear that and:  I wish you had a parent to take better

15   care of you.  If I was there, I would provide all the food

16   and care that you need.

17           Immediately after that, defendant follows it up

18   with:  But I want to fuck kids.

19           This is not someone that watched, you know, videos

20   being sent to him.  He was the puppet master.  He created

21   all of these videos and images and he wanted to participate

22   in these sex acts.

23           There has been some discussion about disparity in

24   sentencing and a comparison to defendant Maxwell in a

25   different jurisdiction.  If anything, defendant would be

1   more akin to the Jeffrey Epsteins and the clients.

2           He was the one creating the market.  He was the

3   one who wanted to be in contact with, you know, for lack of

4   a better word here, the kids.

5           In that case prosecutors asked for a 30- to

6   55-year sentence.  Probation asked for 20.  But the

7   sentencing guidelines in that case were 50 -- 15 and a half

8   to 19 and a half years; and the judge imposed a sentence of

9   20 years.  That's above guidelines.

10          Here the government is asking for a guidelines

11  sentence.  It's what we calculate as life and we believe

12  that's the way to avoid unwarranted sentencing disparities.

13          Another fact that the defense says is mitigation

14  is that the victims reached out; that they were the first

15  ones to approach defendant.

16          When you look at the entire context of the

17  conversations between defendant and his victims and with the

18  facilitators, what we see is defendant's modus operandi

19  which was he would talk to the facilitators.  They would

20  tell him and screen essentially boys that were up and coming

21  and ask him if it would be okay for them to contact him.

22          And that's at Exhibit F, page 29.

23          One of the facilitators says to him:  This boy

24  want to sell you his naked body.  Her mom chat me because

25  his husband is sick.  He sent sample photos and told him

1    essentially that they would sell 125 photos for $8,000.

2           And so this goes back and forth and, again,

3    throughout the record; and so it's clear that these kids are

4    only able to contact defendant after they've already been

5    cleared by the facilitator and given the okay by defendant.

6           The last thing I'll touch on is defendant's

7    expressions of remorse and that his intention was not to

8    hurt these kids.

9           I acknowledge his expression of remorse.  At this

10   point with everything that we've seen in the record and that

11   we know about the defendant, I would urge this Court to put

12   that apology in the context of everything that we know about

13   this defendant.  Everything he said.

14          Every instance when the victims begged him for

15   money, when they apologized that they couldn't perform the

16   sex acts that he wanted, when they apologized for the

17   quality of their videos, when he expressed displeasure and

18   critiqued their videos or their sex acts; that they were too

19   close, too blurry; and all the times in the record where he

20   openly acknowledged all of their hardships but at the same

21   time wanted his privilege, his education, and his life here.

22          You have a defendant before you that is asking you

23   for leniency but refused to show any compassion or mercy for

24   the victims; and, Your Honor, with that, the government

25   would submit.

```
1              THE COURT:  Thank you.
2              Can you tell me what the state is of the Justice
3    for Victims of Trafficking Act?
4              MS. YU:  I can, Your Honor.
5                   (Pause in the proceedings.)
6              MS. YU:  So on October 4th, it was continued to
7    December 16th, 2022, so it is in effect as of today, the
8    sentencing date.
9              THE COURT:  Okay.  So in your papers you indicated
10   that you might want to rethink what you were asking for so
11   what are you asking for now?
12             MS. YU:  I think I would still ask for a $10,000
13   special assessment but with $5,000 to go to the Justice for
14   Victims of Trafficking Act of 2015, and then the other
15   $5,000 to go to the Amy, Vicky, and Andy Child Pornography
16   Victim Assistance Act of 2018.
17             THE COURT:  All right.  Is there a victim
18   available to make a statement?
19             MS. YU:  No, Your Honor.
20             THE COURT:  All right.
21             The defendant objects to the four-level
22   enhancement for sadistic or masochistic conduct or
23   depictions of violence under Section 2G2.1(b)(4).
24             This enhancement unquestionably applies.
25             The Court incorporates the explanation of the
```

1    probation officer and the government's response.

2            In the plea agreement, defendant admitted

3    sufficient facts to sustain this enhancement and the

4    government presented additional evidence.

5            Defendant was aware that his demands inflicted

6    physical pain in at least some cases and the conduct he

7    compelled undoubtedly would have resulted in a painful

8    psychological and emotional experience.

9            Defendant also objects to the enhancement for

10   vulnerable victim.  Defendant targeted victims in a part of

11   the world where children are well known to be sexually

12   exploited.  They and their families often don't even have

13   enough food to eat.  It's obvious defendant knew that and

14   targeted these victims because of their vulnerability to any

15   offer of money.

16           They were also more vulnerable because their lack

17   of education made it less likely that they would go to

18   parents, law enforcement, or other authority figures.

19           They were likely to have and at least in one case

20   defendant knew that they did have dysfunctional families

21   that would even be willing to agree to have their children

22   submit to these horrific acts.

23           In fact, the information that Ms. Yu has provided

24   indicates that that's exactly the kind of children that were

25   being located and provided to him at his request.

1          Defendant was well aware of these issues.  He

2    touted his financial resources referring to the children as

3    his slaves and having them address him as "Master."

4          It is true, as the defense suggests, that "Master"

5    can have less offensive connotations.  But here defendant

6    demanded degrading acts be done in specific ways or his

7    victims would not be paid; and the defense does not even

8    argue that "slave" can have a similarly positive alternative

9    definition.  This enhancement unquestionably applies.

10          Defendant also objects to the probation officer's

11    addition of five levels under Sentencing Guideline Section

12    4B1.5, noting that he has no prior convictions and asserting

13    that some other instances of production are included in the

14    factual basis.

15          But the application note to that section makes

16    clear that the section applies here for the reasons stated

17    by the government and the probation officer.

18          I find the report to be accurate and correct and I

19    adopt the report and the calculation of the advisory

20    sentencing guidelines.

21          The advisory guidelines are the starting point and

22    the initial benchmark in the Court's analysis.  I'm

23    consulting and taking into account the current edition of

24    the guidelines.  The total offense level is 43, the criminal

25    history category is I, the guideline range for custody is

1   life, the guideline range for supervised release is life.

2          The guideline range for the fine is $50,000 and

3   the special assessment to the Crime Victims Fund is

4   $500,000.  I'm sorry.

5          In making an individualized determination based on

6   the facts, I'm also considering the factors described in

7   18 United States Code, especially but not exclusively the

8   nature and circumstances of the offense and the history and

9   characteristics of the defendant; the need for the sentence

10  to reflect the seriousness of the offense, to promote

11  respect for the law and provide just punishment, to afford

12  deterrence for criminal conduct and protect the public from

13  further crimes of the defendant.

14         I'm also considering the need to avoid unwarranted

15  sentence disparities among defendants with similar records

16  who have been convicted of similar offenses.

17         In considering the 3553(a) factors, the Court

18  finds nothing particularly mitigating.  I will say at the

19  outset that I completely reject the suggestion in

20  defendant's position paper that he wanted to help

21  financially the people he saw as his friends in the

22  Philippines, not hurt them.

23         His conduct was anything but inadvertent and he is

24  not, contrary to his apparent view of himself, a kind and

25  thoughtful person.  The entire record establishes otherwise.

1          The nature and circumstances of the offense are

2    aggravating as described in the presentence report and the

3    government's papers.

4          He admitted to having produced more than 5,000

5    images and videos of child pornography of at least 35

6    different children by compelling the children to engage in

7    specified sexually explicit activities in exchange for

8    desperately needed money.  Some of the children were under

9    12 and the conduct lasted for years.

10         Defendant worked with adult facilitators to obtain

11   his prey.  When one of them became concerned about a

12   document called anti-trafficking in person issued by the

13   Department of Justice for the Philippines, defendant said he

14   would pay their legal fees.  Based on the information from

15   Ms. Yu, he had been at least bailing people out for some

16   time.

17         There is evidence that he'd been working with at

18   least one facilitator since 2013.  Unfortunately, for his

19   many victims, only one of them has been located and Victim 1

20   was subjected to his reprehensible conduct for at least two

21   years.

22         As I said, victims referred to him as master and

23   he referred to them as slaves and to say his conduct was

24   despicable is an understatement.

25         He certainly had an unfortunate childhood but it

was much less traumatic than that of many of the defendants
that we see from our state and federal courts and he
obviously overcame those unfortunate circumstances to go on
to obtain a Master's Degree, employment, and apparently a
stable loving relationship.  If anything, these are
aggravating factors.

            The Court agrees with the government that
Dr. Booker's report should be given little to no weight.
His report relies on an analysis of people who possessed
child pornography.

            He ignores the true nature of the charge, which
was not mere possession, and fails completely to address
defendant's actual conduct so the analysis is virtually
worthless.  He also bases his conclusion in large part on
expressions of remorse, again, apparently related to what he
refers to as the alleged viewing of child pornography.

            The report analyzing a different defendant from
the one who appears before me.  This defendant enticed and
coerced desperate minors to engage in degrading and often
physically harmful acts for his own viewing pleasure.

            And the Court regularly sees defendants who claim
to be remorseful at sentencing, appear back before it on
supervised release violations often for the very same
conduct previously committed so the Court is not persuaded
by remorse.

1           In any event, relying so heavily on recent remorse

2    which occurred only after being caught and convicted seems

3    inappropriate.  While at the same time opining that discrete

4    episodes of disassociation leading to automaticity, a

5    process by which some elements of behavior are controlled

6    principally by biological drive rather than conscious

7    volition, can override executive decision-making which could

8    explain why the defendant has engaged in perpetual

9    consumption of pornography.

10          Those are Dr. Booker's words, obviously not mine.

11          The report also fails the gatekeeper analysis in

12   other ways.  Dr. Booker fails to explain how he used the

13   child pornography risk tool relies on.  So even if the Court

14   considered that a valid tool, it's not convinced that the

15   result shows the defendant is a low risk.

16          Dr. Booker apparently did nothing other than talk

17   to the defendant, accept what the defendant said, and

18   administer some tests or evaluation techniques which he

19   doesn't explain.

20          Even if the Court gave some weight to Dr. Booker's

21   opinion, it would not change the Court's view of the

22   appropriate sentence.

23          Likelihood of recidivism is only one factor and

24   the Court finds it is outweighed by other factors even if

25   that likelihood is low.

And comparing this defendant to a single defendant who received a substantial but lower sentence for unspecified crimes does nothing to help the Court determine what sentence would avoid unwarranted sentence disparities among defendants with similar records who have been convicted of similar offenses.

That analysis compares to defendants throughout the country, but the Court thanks the government for its comparison information.

The Court also notes that defendant's total offense level numerically is 50 but the sentencing table stops at 43.  So even accepting some of defendant's arguments, a reduction of seven levels would still result in a range of life; and the calculation could be reduced by an additional six levels and still have life as the high end of the guidelines range.

The Court agrees with the government and probation officer that only a sentence of life in prison adequately reflects the severity of the offense, protects the public against future crimes of the defendant, and provides just punishment.

I find that a life term of supervision is critical to ensure that the defendant does not obtain child pornography in the future or otherwise and, in the same matter of this case, pose a danger to the public in the

1    future.

2             I will now state the sentence but counsel will

3    have a final chance to make legal objections before sentence

4    is imposed.

5             Does either counsel know of any reason why

6    sentence should not now be imposed?

7             MS. YU:  No, Your Honor.

8             MS. BASMADJIAN:  No, Your Honor.

9             THE COURT:  I find that the following sentence is

10   reasonable and is sufficient but is no greater than

11   necessary to comply with the purposes stated in 18 United

12   States Code, Section 3553(a).

13            It's ordered that the defendant shall pay to the

14   United States a special assessment of $200 which is due

15   immediately.

16            Any unpaid balance shall be due during the period

17   of imprisonment at the rate of not less than $25 per quarter

18   and pursuant to the Bureau of Prisons' Inmate Financial

19   Responsibility Program.

20            Pursuant to the Justice for Victims of Trafficking

21   Act of 2015, the Court imposes an additional $5,000 special

22   assessment which is due immediately.

23            Any unpaid balance shall be due during the period

24   of imprisonment at the rate of not less than $25 per quarter

25   and pursuant to the Bureau of Prisons' Inmate Financial

1   Responsibility Program.

2          Pursuant to the Amy, Vicky, and Andy Child

3   Pornography Victim Assistance Act of 2018, the Court also

4   imposes a special assessment of $5,000 which is due

5   immediately.

6          Any unpaid balance shall again be due during the

7   period of imprisonment at the rate of not less than $25 per

8   quarter and pursuant to the Bureau of Prisons' Inmate

9   Financial Responsibility Program.

10          The Court orders restitution to Victim 1 in the

11   amount of $8,000 which is due immediately.

12          Any unpaid balance shall be due during the period

13   of imprisonment at the rate of not less than $25 per quarter

14   and pursuant to the Bureau of Prisons' Inmate Financial

15   Responsibility Program.

16          The defendant shall comply with Second Amended

17   General Order 20-04.  All fines are waived as the Court

18   finds the defendant has established that he's unable to pay

19   and is not likely to become able to pay any fine.

20          Is there an issue of forfeiture, Ms. Yu?

21          MS. YU:  No, Your Honor.  The items have been

22   administratively forfeited.

23          THE COURT:  Thank you.

24          Pursuant to the Sentencing Reform Act of 1984,

25   it's the judgment of the Court that the defendant

1   Billy Edward Frederick is committed on Counts 1 and 2 of the

2   Information to the custody of the Bureau of Prisons for a

3   term of life.  This term consists of 30 years on Count 1 and

4   life on Count 2 of the Information to be served

5   concurrently.

6          If the defendant is released from imprisonment, he

7   shall be placed on supervised release for a term of life.

8   This term consists of life on each of Counts 1 and 2 of the

9   Information.  Both terms to run concurrently under the

10  following terms and conditions:

11         1.  The defendant shall comply with the rules and

12  regulations of the US Probation and Pretrial Services Office

13  and Second Amended General Order 20-04 including the

14  conditions of probation and supervised release set forth in

15  Section 3 of Second Amended General Order 20-04.

16         2.  During the period of community supervision,

17  the defendant shall pay the special assessments and

18  restitution in accordance with this judgment's orders

19  pertaining to such payment.

20         3.  The defendant shall cooperate in the

21  collection of a DNA sample from the defendant.

22         4.  The defendant shall apply all monies received

23  from income tax refunds, lottery winnings, inheritance,

24  judgments, and any other financial gains to the

25  court-ordered financial obligation.

5.   The defendant shall possess and use only those digital devices, screen user names, email accounts, social media accounts, messaging applications, and cloud storage accounts as well as any passwords or pass-codes for all such digital devices and accounts that have been disclosed to the probation officer on commencement of supervision.

Any new devices, accounts, applications, passwords or pass-codes are to be disclosed to the probation officer prior to the first use.

A digital device is any electronic system or device that can access, view, obtain, store, or transmit visual depictions of sexually explicit conduct involving children.

6.   All computers, computer-related devices and their peripheral equipment used by the defendant shall be subject to search and seizure.

This shall not apply to items used at the employment's website which are maintained and monitored by the employer.

7.   The defendant shall comply with the rules and regulations of the computer monitoring program and shall pay the cost of the computer monitoring program.

8.   Within three days of release from prison, the defendant shall register as a sex offender and keep the registration current in each jurisdiction where the

1  defendant resides, is employed, and is a student pursuant to

2  the registration procedures that have been established in

3  each jurisdiction.

4          When registering for the first time, the defendant

5  shall also register in the jurisdiction in which the

6  conviction occurred if different from the defendant's

7  jurisdiction of residence.

8          He shall provide proof of registration to the

9  probation officer within 48 hours of registration.

10         9.   The defendant shall participate in a

11  psychological counseling or psychiatric treatment or a sex

12  offender treatment program or any combination thereof as

13  approved and directed by the probation officer.

14         The defendant shall abide by all rules,

15  requirements, and conditions of such program including

16  submission to risk assessment evaluations and physiological

17  tests such as polygraph and Abel testing but the defendant

18  retains the right to invoke the Fifth Amendment.

19         The Court authorizes the probation officer to

20  disclose the presentence report and any previous mental

21  health evaluations or reports to the treatment provider.

22         The treatment provider may provide information but

23  not the presentence report to state or local social service

24  agencies such as the State of California, Department of

25  Social Service for the purpose of the client's

1    rehabilitation.

2           10.  As directed by the probation officer, the

3    defendant shall pay all or part of the cost of psychological

4    counseling or psychiatric treatment or a sex offender

5    program or any combination thereof to the after-care

6    contractor during the period of community supervision.

7           The defendant shall provide payment and proof of

8    payment as required by the probation officer.  If the

9    defendant has no ability to pay, no payment shall be

10   required.

11          11.  The defendant shall not view or possess any

12   materials including pictures, photographs, books, writings,

13   drawings, videos, or video games depicting or describing

14   child pornography as defined in 18 United States Code,

15   Section 2256(8) where sexually explicit conduct depicting

16   minors as defined in 18 United States Code, Section 2256(2).

17          The defendant shall also not possess or view any

18   materials such as videos, magazines, photographs, computer

19   images, or other matter that depicts actual sexually

20   explicit conduct involving adults as defined by 18 United

21   States Code, Section 2257(h)(1).

22          This condition does not prohibit the defendant

23   from possessing materials solely because they are necessary

24   to and used for a collateral attack nor does it prohibit the

25   defendant from possessing materials prepared and used for

1  purposes of the defendant's court mandated sex offender

2  treatment when the defendant's treatment provider or the

3  probation officer has approved of the defendant's possession

4  of the material in advance.

5          12.   The defendant shall not own, use, or have

6  access to the services of any commercial mail receiving

7  agency nor shall the defendant open or maintain a post

8  office box without the prior written approval of the

9  probation officer.

10          13.   The defendant shall not frequent or loiter

11  within 100 feet of schoolyards, parks, public swimming

12  pools, playgrounds, youth centers, video arcade facilities,

13  or other places primarily used by persons under the age of

14  18.

15          14.   The defendant shall not associate or have

16  verbal, written, telephonic, or electronic communication

17  with any person under the age of 18 except in the presence

18  of the parent or legal guardian of said minor and on the

19  condition that the defendant notify said parent or legal

20  guardian of the defendant's conviction in the instant

21  offense.

22          This provision does not encompass persons under

23  the age of 18 such as waiters, cashiers, ticket vendors,

24  et cetera, with whom the defendant must interact in order to

25  obtain ordinary and usual commercial services.

15. The defendant shall not affiliate with, own, control, volunteer, or be employed in any capacity by a business or organization that causes the defendant to regularly contact persons under the age of 18.

16. The defendant's employment shall be approved by the probation officer and any change in employment must be preapproved by the probation officer.

The defendant shall submit the name and address of the proposed employer to the probation officer at least ten days prior to any scheduled change.

17. The defendant shall submit to a search at any time with or without warrant and by any law enforcement or probation officer of the defendant's person and any property, house, residence, vehicle, papers, computers, cellphones, or other electronic communication or data storage devices or media, email accounts, social media accounts, cloud storage accounts, effects and other areas under the defendant's control on reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the defendant or by any probation officer in the lawful discharge of the officer's supervision functions.

18. The defendant shall not affiliate with, own, control, or be employed in any capacity by a business whose principal product is the production or selling of materials

1    depicting or describing sexually explicit conduct as defined

2    in 18 United States Code, Section 2256(2).

3          19.   The defendant shall not reside within direct

4    view of schoolyards, parks, public swimming pools,

5    playgrounds, youth centers, video arcade facilities, or

6    other places primarily used by persons under the age of 18.

7          The defendant's residence shall be approved by the

8    probation officer and any change in residence must be

9    preapproved by the probation officer.

10         The defendant shall submit the address of the

11   proposed residence to the probation officer at least ten

12   days prior to any scheduled move.

13         The drug testing condition mandated by statute is

14   suspended based on the Court's determination that the

15   defendant poses a low risk of future substance abuse.

16         Defendant is remanded to the custody of the

17   US Marshal.

18         Does either counsel have anything further?

19         MS. YU:  No, Your Honor.

20         MS. BASMADJIAN:  No, Your Honor.

21         THE COURT:  A statement of reasons shall be

22   included in the Commitment Order and Judgment and shall be

23   provided to the probation office, the Sentencing Commission,

24   and the Bureau of Prisons.

25         A complete copy of the presentence report shall be

1    provided to the Bureau of Prisons and the Sentencing

2    Commission.  Any other copies of the report and related

3    materials shall remain confidential.

4            If an appeal is taken, Counsel on appeal shall

5    have access to the report.

6            Sir, you have a right to appeal your conviction if

7    you believe that your guilty plea was somehow unlawful or

8    involuntary or if there were some other fundamental defect

9    in the proceedings that was not waived by your guilty plea.

10           You also have a right to appeal your sentence

11   under some circumstances particularly if you think your

12   sentence is contrary to law.

13           However, a defendant may waive those rights as

14   part of a plea agreement and you've entered into a plea

15   agreement that waives some or all of your right to appeal

16   your conviction and your sentence.

17           Such waivers are generally enforceable and the

18   plea agreement controls your right to appeal.  If you

19   believe the waiver is unenforceable, you can present that

20   theory to the Court of Appeals.

21           If you retained any right to appeal, with few

22   exceptions a Notice of Appeal must be filed within 14 days

23   of judgment being entered.

24           Do you understand that?

25           THE DEFENDANT:  Yes.

1          THE COURT:  If you're unable to afford a

2   transcript of the record in this case, one will be provided

3   at government expense.

4          If you're unable to pay the cost of an appeal or a

5   filing fee, you may apply for leave to appeal *In Forma*

6   *Pauperis*.

7          If you do not have counsel to act on your behalf

8   and if you request it, the Clerk of the Court will prepare

9   and file a Notice of Appeal on your behalf.

10          You must make that request within 14 days.

11          The Notice of Appeal must designate the judgment

12   or order appealed from and the fact that you're appealing to

13   the Court of Appeals.

14          It should designate the portion of the proceedings

15   not already on file that you deem necessary for the reporter

16   to include.

17          Anything further?

18          MS. BASMADJIAN:  No, Your Honor.

19          MS. YU:  Not from the government, Your Honor.

20   Thank you.

21          THE COURT:  All right.  Thank you.

22          MS. BASMADJIAN:  Thank you, Your Honor.

23          THE CLERK:  Court's in recess.

24          *(At 11:04 a.m., proceedings were concluded.)*

25                          -oOo-

```
 1                          CERTIFICATE

 2

 3          I, PAT CUNEO, CSR 1600, hereby certify that

 4   pursuant to Section 753, Title 28, United States Code, the

 5   foregoing is a true and correct transcript of the

 6   stenographically reported proceedings held in the

 7   above-entitled matter and that the transcript page format is

 8   in conformance with the regulations of the Judicial

 9   Conference of the United States.

10
     Date:   December 19, 2022
11

12

13

14

15                           /s/_____

16                           PAT CUNEO, OFFICIAL REPORTER
                             CSR NO. 1600
17

18

19

20

21

22

23

24

25
```

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**MS. BASMADJIAN:**
**[13]**  3/12 3/17 4/5 4/7
4/17 4/20 5/10 5/12
5/18 23/8 31/20 33/18
33/22

**MS. YU: [11]**  3/8 9/16
9/22 15/4 15/6 15/12
15/19 23/7 24/21 31/19
33/19

**THE CLERK: [2]**  3/3
33/23

**THE COURT: [26]**
3/15 3/20 3/23 4/6 4/15
4/18 4/21 4/24 5/1 5/3
5/5 5/7 5/11 5/16 8/4
9/14 9/21 15/1 15/9
15/17 15/20 23/9 24/23
31/21 33/1 33/21

**THE DEFENDANT: [9]**
3/19 3/21 4/23 4/25 5/2
5/4 5/6 8/5 32/25

**$**
**$10,000 [1]**  15/12
**$200 [1]**  23/14
**$25 [4]**  23/17 23/24
24/7 24/13
**$5,000 [4]**  15/13 15/15
23/21 24/4
**$50,000 [1]**  18/2
**$500,000 [1]**  18/4
**$8,000 [2]**  14/1 24/11

**-**
**-oOo [2]**  3/2 33/25

**/**
**/s [1]**  34/15

**0**
**04 [3]**  24/17 25/14
25/15

**1**
**10 [2]**  11/7 28/2
**100 [1]**  29/11
**10:20 [2]**  1/17 3/1
**11 [2]**  10/19 28/11
**11:04 [1]**  33/24
**12 [2]**  19/9 29/5
**125 [1]**  14/1
**13 [1]**  29/10
**14 [3]**  29/15 32/22
33/10
**15 [2]**  13/7 30/1
**16 [1]**  30/5
**1600 [3]**  1/21 34/3
34/16
**16th [1]**  15/7
**17 [2]**  11/7 30/11
**1782 [1]**  1/24
**18 [6]**  29/14 29/17
29/23 30/4 30/23 31/6

**18 United [6]**  18/7
23/11 28/14 28/16
28/20 31/2
**19 [3]**  13/8 31/3 34/10
**1984 [1]**  24/24

**2**
**20 [2]**  13/6 13/9
**20-04 [3]**  24/17 25/13
25/15
**2013 [1]**  19/18
**2015 [2]**  15/14 23/21
**2018 [2]**  15/16 24/3
**2022 [4]**  1/17 3/1 15/7
34/10
**21-340-DSF [1]**  1/8
**213-894-1782 [1]**  1/24
**220 [1]**  2/7
**2256 [3]**  28/15 28/16
31/2
**2257 [1]**  28/21
**24 [2]**  1/17 3/1
**25 [1]**  9/2
**28 [1]**  34/4
**29 [1]**  13/22
**2G2.1 [1]**  15/23

**3**
**30 [2]**  13/5 25/3
**312 [1]**  2/4
**33 [1]**  12/12
**35 [1]**  19/5
**350 [1]**  1/22
**3553 [2]**  18/17 23/12
**3921 [1]**  2/8

**4**
**43 [2]**  17/24 22/12
**4311 [1]**  1/23
**48 [1]**  27/9
**4B1.5 [1]**  17/12
**4th [1]**  15/6

**5**
**5,000 [1]**  19/4
**50 [3]**  9/1 13/7 22/11
**51 [1]**  5/23
**520 [1]**  2/7
**55-year [1]**  13/6

**7**
**753 [1]**  34/4

**8**
**818-500-3921 [1]**  2/8

**9**
**90012 [2]**  1/23 2/5
**91206 [1]**  2/8

**A**
**a.m [3]**  1/17 3/1 33/24
**Abel [1]**  27/17
**abide [1]**  27/14
**abiding [1]**  10/5 11/19

**ability [4]**  4/19 6/14
11/5 28/9
**able [2]**  14/4 24/19
**about [9]**  4/18 6/23
12/3 12/7 12/8 12/23
14/11 14/12 19/11
**above [2]**  13/9 34/7
**above-entitled [1]**  34/7
**absolutely [1]**  12/6
**abuse [2]**  7/5 31/15
**abused [1]**  8/19
**accept [1]**  21/17
**accepting [1]**  22/12
**access [3]**  26/11 29/6
32/5
**accordance [1]**  25/18
**account [1]**  17/23
**accountant [1]**  6/1
**accounted [1]**  10/2
**accounts [8]**  26/2 26/3
26/4 26/5 26/7 30/16
30/17 30/17
**accurate [1]**  11/12
**acknowledge [1]**  14/9
**acknowledged [1]**
14/20
**act [7]**  15/3 15/14
15/16 23/21 24/3 24/24
33/7
**acted [1]**  11/21
**action [1]**  10/14
**actions [3]**  8/8 8/9 8/11
**activities [1]**  19/7
**acts [7]**  6/21 12/22
14/16 14/18 16/22 17/6
20/20
**actual [2]**  20/13 28/19
**actually [1]**  12/5
**add [1]**  5/15
**addendum [1]**  3/25
**addition [1]**  17/11
**additional [4]**  9/18
16/4 22/15 23/21
**address [5]**  8/3 17/3
20/12 30/8 31/10
**adequately [1]**  22/18
**administer [1]**  21/18
**administratively [1]**
24/22
**admitted [2]**  16/2 19/4
**adopt [1]**  17/19
**adult [1]**  19/10
**adults [2]**  6/17 28/20
**advance [1]**  17/24
**advantage [2]**  6/17 9/6
**advisory [2]**  17/19
17/21
**affected [1]**  6/9
**affiliate [2]**  30/1 30/23
**afford [3]**  11/15 18/11
33/1
**after [6]**  8/14 11/14
12/17 14/4 21/2 28/5
**after-care [1]**  28/5

**again [7]**  3/4 4/13 6/25
11/13 14/2 20/15 24/6
**against [1]**  22/20
**age [6]**  6/21 29/13
29/17 29/23 30/4 31/6
**agencies [1]**  27/24
**agency [1]**  29/7
**AGENT [2]**  2/10 3/10
**aggravating [1]**  19/2
20/6
**agree [1]**  16/21
**agreed [2]**  7/21 7/25
**agreement [5]**  7/20
16/2 32/14 32/15 33/18
**agrees [2]**  20/7 22/17
**akin [1]**  13/1
**all [15]**  11/13 12/15
12/21 14/19 14/20
15/17 15/20 24/17
25/22 26/4 26/14 27/14
28/3 32/15 33/21
**alleged [2]**  20/16
**allow [2]**  5/19 8/2
**almost [2]**  6/24 9/3
**already [3]**  10/2 14/4
33/15
**also [17]**  2/10 4/1 6/17
7/15 7/19 16/9 16/16
17/10 18/6 18/14 20/14
21/11 22/10 24/3 27/5
28/17 32/10
**alternative [1]**  17/8
**always [1]**  10/24
**Amended [2]**  24/16
25/13 25/15
**Amendment [1]**  27/18
**AMERICA [2]**  1/6 3/5
**among [2]**  18/15 22/5
**amount [2]**  7/21 24/11
**Amy [2]**  15/15 24/2
**analysis [5]**  17/22 20/9
20/13 21/11 22/7
**analyzing [1]**  20/17
**Andy [2]**  15/15 24/2
**Angeles [4]**  1/16 1/23
2/5 3/1
**another [1]**  11/22
13/13
**anti [1]**  19/12
**anti-trafficking [1]**
19/12
**any [43]**
**anyone [2]**  8/19 8/20
**anything [10]**  5/8 5/11
5/16 7/21 9/18 12/25
18/23 20/5 31/18 33/17
**APC [1]**  2/6
**apologized [2]**  14/15
14/16
**apology [1]**  14/12
**apparent [1]**  14/18
**apparently [3]**  20/4
20/15 21/16
**appeal [13]**  1/14 32/4

**appealed [1]**  33/12
**appealing [1]**  33/12
**Appeals [2]**  32/20
33/13
**appear [1]**  20/22
**appearances [2]**  2/1
3/7
**appearing [1]**  3/13
**appears [1]**  20/18
**application [1]**  17/15
**applications [2]**  26/3
26/7
**applies [3]**  15/24 17/9
17/16
**apply [3]**  25/22 26/17
33/5
**approach [2]**  3/16
13/15
**appropriate [2]**  9/20
21/22
**approval [1]**  29/8
**approved [4]**  27/13
29/3 30/5 31/7
**arcade [2]**  29/12 31/5
**are [18]**  6/21 8/24 10/2
10/10 14/3 15/11 16/11
17/13 17/21 19/1 20/5
21/5 21/10 24/17 26/8
26/18 28/23 32/17
**areas [1]**  30/17
**argue [1]**  17/8
**argued [1]**  5/13
**argument [1]**  11/22
**arguments [1]**  22/13
**arrests [1]**  10/2
**as [42]**
**ask [5]**  4/12 7/16 9/11
13/21 15/12
**asked [1]**  11/7 13/5
13/6
**asking [4]**  13/10 14/22
15/10 15/11
**asserting [1]**  17/12
**assessed [1]**  7/22
**assessment [6]**  15/13
18/3 23/14 23/22 24/4
27/16
**assessments [1]**  25/17
**Assistance [2]**  15/16
24/3
**ASSISTANT [1]**  2/3
**associate [1]**  29/15
**at [38]**
**attack [1]**  28/24
**attorney [6]**  2/2 2/3 2/6
3/20 8/6 8/18
**authority [1]**  16/18
**authorizes [1]**  27/19
**automaticity [1]**  21/4
**available [1]**  15/18
**Avenue [1]**  2/7

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**A**

avoid [3]  13/12 18/14
22/4
aware [3]  6/5 16/5 17/1

**B**

back [3]  6/21 14/2
20/22
bail [1]  11/17
bailing [1]  19/15
balance [4]  23/16
23/23 24/6 24/12
based [3]  18/5 19/14
31/14
bases [1]  20/14
basis [1]  17/14
BASMADJIAN [6]  2/6
2/6 3/13 4/3 5/3 5/7
be [36]
became [1]  19/11
because [7]  10/5 10/5
11/1 13/24 16/14 16/16
28/23
become [1]  24/19
been [12]  8/17 10/6
12/23 14/4 18/16 19/15
19/17 19/19 22/5 24/21
26/5 27/2
before [8]  8/20 9/6
10/4 10/25 14/22 20/18
20/22 23/3
begged [1]  14/14
behalf [3]  3/9 33/7 33/9
behavior [1]  21/5
being [5]  8/12 12/20
16/25 21/2 32/23
believe [3]  13/11 32/7
32/19
benchmark [1]  17/22
Bernardino [1]  4/9
better [2]  12/14 13/4
between [1]  13/17
BILLY [4]  1/9 3/6 3/13
25/1
Billy Edward Frederick
[1]  25/1
biological [1]  21/6
blurry [1]  14/19
body [1]  13/24
Booker [4]  6/6 8/14
21/12 21/16
Booker's [3]  20/8
21/10 21/20
books [1]  28/12
Both [1]  25/9
bottom [2]  10/12 12/9
box [1]  29/8
boy [7]  10/16 10/16
10/19 10/20 11/1 12/10
13/23
boys [3]  12/7 12/8
13/20
broke [1]  11/14
brothers [1]  11/14

**B (continued)**

Bureau [7]  23/18 23/25
24/8 24/14 25/2 31/24
32/1
business [2]  30/3
30/24
but [19]  6/9 10/10
12/18 13/6 14/20 14/23
15/13 17/5 17/15 18/7
18/23 19/25 22/2 22/8
22/11 23/2 23/10 27/17
27/22

**C**

CA [2]  1/23 3/1
calculate [1]  13/11
calculation [3]  9/19
17/19 22/14
CALIFORNIA [5]  1/2
1/16 2/5 2/8 27/24
called [1]  19/12
can [9]  9/18 11/8 15/2
15/4 17/5 17/8 21/7
26/11 32/19
can't [1]  11/14
capacity [2]  30/2 30/24
care [4]  9/8 12/15
12/16 28/5
careful [2]  11/16 11/17
case [9]  3/5 5/20 9/13
10/17 13/5 13/7 16/19
22/25 33/2
Case No. CR
21-340-DSF [1]  3/5
cases [1]  16/6
cashiers [1]  29/23
category [2]  10/3 17/25
caught [5]  10/4 10/21
10/22 11/20 21/2
caused [1]  12/4
causes [1]  30/3
cellphones [1]  30/15
centers [2]  29/12 31/5
CENTRAL [1]  1/2
certain [1]  10/15
certainly [2]  8/4 19/25
CERTIFICATE [1]  34/1
certify [1]  34/3
cetera [1]  29/24
chance [1]  23/3
change [5]  5/8 21/21
30/6 30/10 31/8
changing [1]  10/7
characteristics [1]
18/9
charge [2]  11/25 20/11
chat [1]  13/24
child [11]  6/7 7/5 11/8
15/15 19/5 20/10 20/16
21/13 22/23 24/2 28/14
childhood [4]  6/3 6/21
8/15 19/25
children [11]  6/17
11/16 12/5 16/11 16/21
16/24 17/2 19/6 19/6

**C (continued) / numbers**

19/8 26/13
circumstances [4]
18/8 19/1 20/3 32/11
claim [1]  20/21
claims [1]  9/23
clear [3]  12/3 14/3
17/16
cleared [1]  14/5
Clerk [1]  33/8
client [1]  4/4
client's [1]  27/25
clients [1]  13/1
close [1]  14/19
clothing [1]  9/10
cloud [2]  26/3 30/17
CM [1]  1/21
Code [1]  18/7 23/12
28/14 28/16 28/21 31/2
34/4
codes [2]  26/4 26/8
coerced [1]  20/19
collateral [1]  28/24
collection [1]  25/21
combination [2]  27/12
28/5
coming [2]  6/4 13/20
commencement [1]
26/6
commercial [1]  29/6
29/25
Commission [2]  31/23
32/2
Commitment [1]  31/22
committed [2]  20/24
25/1
communication [2]
29/16 30/15
community [2]  25/16
28/6
comparative [1]  9/6
compares [1]  22/7
comparing [1]  22/1
comparison [2]  12/24
22/9
compassion [1]  14/23
compelled [1]  16/7
compelling [1]  19/6
complained [1]  11/3
complaints [1]  11/3
complete [1]  31/25
completely [2]  18/19
20/12
comply [4]  23/11 24/16
25/11 26/20
computer [4]  26/14
26/21 26/22 28/18
computer-related [1]
26/14
computers [1]  26/14
30/14
concerned [1]  19/11
concerning [1]  30/19
concerns [1]  4/18
concluded [1]  33/24

**C (continued)**

conclusion [1]  20/14
concurrently [1]  25/5
25/9
condition [5]  7/1 28/22
29/19 30/19 31/13
conditions [3]  25/10
25/14 27/15
conduct [14]  15/22
16/6 18/12 18/23 19/9
19/20 19/23 20/13
20/24 26/12 28/15
28/20 30/20 31/1
Conference [1]  34/9
confidential [1]  32/3
conformance [1]  34/8
connections [1]  10/20
connotations [1]  17/5
conscious [1]  21/6
consider [4]  7/16 8/11
8/16 9/12
considered [3]  3/24
4/1 21/14
considering [3]  18/6
18/14 18/17
consists [2]  25/3 25/8
consulting [1]  17/23
consumption [1]  21/9
contact [7]  6/14 7/8 7/9
11/23 12/6 13/3 13/21
14/4 30/4
contacted [1]  6/16
contemplated [1]  8/21
contents [1]  4/6
contest [1]  5/7 7/21
context [2]  13/16 14/12
continued [1]  15/6
continues [1]  11/1
contractor [1]  28/6
contrary [1]  18/24
32/12
control [3]  30/2 30/18
30/24
controlled [1]  21/5
controls [1]  32/18
conversations [1]
13/17
convicted [3]  18/16
21/2 22/6
conviction [4]  27/6
29/20 32/6 32/16
convictions [1]  5/24
10/2 17/12
convinced [1]  21/14
cooperate [1]  25/20
cooperating [1]  8/10
copies [1]  32/2
copy [1]  31/25
correct [2]  17/18 34/5
cost [3]  26/22 28/3
33/4
could [4]  8/1 12/9 21/7
22/14
couldn't [1]  14/15
counsel [5]  23/2 23/5

**C (continued) / D**

31/18 32/4 33/7
counsel's [1]  3/9
counseling [2]  27/11
28/4
Count [2]  25/3 25/4
Count 1 [1]  25/3
Count 2 [1]  25/4
country [1]  22/8
Counts [2]  25/1 25/8
couple [1]  10/9
court [35]
Court's [5]  7/24 17/22
21/21 31/14 33/23
court-ordered [1]
25/25
Courthouse [2]  1/22
2/4
courts [1]  20/2
CR [2]  1/8 3/5
created [2]  9/4 12/20
creating [1]  13/2
Crime [1]  18/3
crimes [4]  12/1 18/13
22/3 22/20
criminal [5]  9/23 10/3
10/14 17/24 18/12
critical [1]  22/22
critiqued [1]  14/18
CRR [1]  1/21
CRR-CM [1]  1/21
crypto [1]  10/8
CSR [3]  1/21 34/3
34/16
cum [1]  12/10
CUNEO [3]  1/21 34/3
34/16
currency [1]  10/8
current [2]  17/23 26/25
Currently [1]  7/23
custody [5]  3/14 4/8
17/25 25/2 31/16

**D**

DALE [1]  1/4
danger [1]  22/25
data [1]  30/15
date [3]  4/14 15/8
34/10
days [6]  8/22 26/23
30/10 31/12 32/22
33/10
dealing [1]  6/4
dealt [2]  7/5 7/5
December [2]  15/7
34/10
December 16th [1]
15/7
decision [1]  21/7
decision-making [1]
21/7
deem [1]  33/15
defect [1]  32/8
defendant [83]
defendant's [17]  9/22

## D

**defendant's...** [16] 10/18 13/18 14/6 18/20 20/13 22/10 22/12 27/6 29/1 29/2 29/3 29/20 30/5 30/13 30/18 31/7
**defendants** [5] 18/15 20/1 20/21 22/5 22/7
**defense** [3] 13/13 17/4 17/7
**defined** [4] 28/14 28/16 28/20 31/1
**definition** [1] 17/9
**degrading** [2] 17/6 20/19
**degree** [2] 6/2 20/4
**demanded** [1] 17/6
**demands** [1] 16/5
**DEPARTMENT** [4] 2/10 4/9 19/13 27/24
**depicting** [3] 28/13 28/15 31/1
**depictions** [2] 15/23 26/12
**depicts** [1] 28/19
**described** [2] 18/6 19/2
**describing** [2] 28/13 31/1
**designate** [2] 33/11 33/14
**desperate** [1] 20/19
**desperately** [1] 19/8
**despicable** [1] 19/24
**detail** [2] 4/10 4/12
**determination** [2] 18/5 31/14
**determine** [1] 22/3
**deterrence** [1] 18/12
**device** [2] 26/10 26/11
**devices** [5] 26/2 26/5 26/7 26/14 30/16
**dick** [3] 12/9 12/10 12/11
**did** [16] 4/6 4/16 4/17 4/21 4/23 4/24 4/25 5/3 5/4 5/5 6/24 7/8 7/9 7/20 16/20 21/16
**didn't** [7] 8/11 8/16 8/16 9/9 10/10 11/2 11/20
**different** [5] 6/10 12/25 19/6 20/17 27/6
**difficult** [2] 5/21 6/4
**digital** [3] 26/2 26/5 26/10
**direct** [1] 31/3
**directed** [2] 27/13 28/2 21/4
**disassociation** [1] 21/4
**discharge** [1] 30/21
**disclose** [1] 27/20
**disclosed** [2] 26/5 26/8

**discrete** [1] 21/3
**discussing** [1] 10/13
**discussion** [1] 12/23
**disparities** [3] 13/12 18/15 22/4
**disparity** [1] 7/15 12/23
**displeasure** [1] 14/17
**distributed** [1] 7/10
**DISTRICT** [3] 1/1 1/2 3/3
**DIVISION** [1] 1/3
**DNA** [1] 25/21
**do** [12] 4/18 4/20 5/1 5/2 5/7 5/11 7/25 9/6 11/2 11/2 32/24 33/7
**doctor** [1] 9/10
**document** [1] 19/12
**does** [9] 5/21 17/7 22/3 22/23 23/5 28/22 28/24 29/22 31/18
**doesn't** [2] 11/24 21/19
**doing** [1] 6/10
**dollar** [1] 9/2
**dollars** [1] 9/1
**don't** [1] 16/12
**done** [1] 17/6
**Dr** [1] 6/6
**Dr.** [6] 8/14 20/8 21/10 21/12 21/16 21/20
**Dr. Booker** [3] 8/14 21/12 21/16
**Dr. Booker's** [3] 20/8 21/10 21/20
**drawings** [1] 28/13
**drive** [1] 21/6
**drug** [1] 31/13
**DSF** [2] 1/8 3/5
**due** [6] 23/14 23/16 23/22 23/23 24/4 24/6 24/11 24/12
**during** [6] 23/16 23/23 24/6 24/12 25/16 28/6
**dysfunctional** [1] 16/20

## E

**each** [3] 25/8 26/25 27/3
**earned** [1] 6/24
**East** [1] 2/7
**eat** [1] 16/13
**edition** [1] 17/23
**education** [2] 14/21 16/17
**EDWARD** [3] 1/9 3/6 25/1
**effect** [1] 15/7
**effects** [1] 30/17
**either** [2] 23/5 31/18
**electronic** [3] 26/10 29/16 30/15
**elements** [1] 21/5
**else** [1] 5/15

**email** [2] 26/2 30/16
**emotional** [2] 12/4 16/8
**employed** [3] 27/1 30/2 30/24
**employer** [2] 26/19 30/9
**employment** [3] 20/4 30/5 30/6
**employment's** [1] 26/18
**encompass** [1] 29/22
**end** [1] 22/15
**enforceable** [1] 32/17
**enforcement** [3] 10/6 16/18 30/12
**engage** [2] 19/6 20/19
**engaged** [1] 21/8
**enhancement** [5] 15/22 15/24 16/3 16/9 17/9
**enough** [2] 4/3 16/13
**ensure** [1] 22/23
**entered** [3] 7/20 32/14 32/23
**enticed** [1] 20/18
**entire** [2] 13/16 18/25
**entitled** [1] 34/7
**episodes** [1] 21/4
**Epsteins** [1] 13/1
**equipment** [1] 26/15
**especially** [1] 18/7
**essentially** [3] 6/24 13/20 14/1
**established** [2] 24/18 27/2
**establishes** [1] 18/25
**ESTRADA** [1] 2/2
**et** [1] 29/24
**et cetera** [1] 29/24
**evading** [1] 10/6
**evaluation** [1] 21/18
**evaluations** [2] 27/16 27/21
**even** [8] 6/14 16/12 16/21 17/7 21/13 21/20 21/24 22/12
**event** [1] 21/1
**every** [2] 6/24 14/14
**everything** [6] 4/10 4/16 9/7 14/10 14/12 14/13
**evidence** [2] 16/4 19/17
**evolving** [1] 10/7
**exactly** [1] 16/24
**except** [2] 8/22 29/17
**exception** [2] 9/25 10/1
**exceptionally** [1] 10/2
**exceptions** [1] 32/22
**exchange** [1] 19/7
**exclusively** [1] 18/7
**excuse** [2] 6/8 6/25
**executive** [1] 21/7

**exhibit** [7] 10/12 10/13 10/19 11/7 12/8 12/12 13/22
**Exhibit A** [2] 11/7 12/12
**Exhibit E** [1] 10/19
**Exhibit F** [1] 13/22
**exhibits** [1] 10/11
**expected** [1] 8/21
**expense** [1] 9/2
**experience** [3] 8/15 8/17 16/8
**explain** [6] 4/6 4/16 5/3 21/8 21/12 21/19
**explanation** [1] 15/25
**explicit** [5] 19/7 26/12 28/15 28/20 31/1
**exploited** [1] 16/12
**expressed** [1] 14/17
**expresses** [1] 10/21
**expression** [1] 14/9
**expressions** [2] 14/7 20/15

## F

**faced** [1] 5/20
**facilitator** [3] 11/11 14/5 19/18
**facilitators** [7] 10/15 11/6 11/16 13/18 13/19 13/23 19/10
**facilities** [2] 29/12 31/5
**fact** [4] 7/7 13/13 16/23 33/12
**factor** [1] 21/23
**factors** [6] 5/22 5/22 18/6 18/17 20/6 21/24
**facts** [2] 16/3 18/6
**factual** [1] 17/14
**fails** [3] 20/12 21/11 21/12
**families** [1] 16/12
**family** [4] 5/25 6/4 6/11 7/23
**fantasized** [1] 12/7
**FBI** [1] 2/10
**fear** [1] 10/21
**federal** [1] 20/2
**fee** [1] 33/5
**fees** [1] 19/14
**feet** [1] 29/11
**felt** [1] 8/23
**few** [2] 8/22 32/21
**Fifth** [1] 27/18
**figures** [1] 16/18
**file** [2] 33/9 33/15
**filed** [1] 32/22
**filing** [1] 33/5
**final** [1] 23/3
**financial** [10] 6/18 7/11 8/21 17/2 23/18 23/25 24/9 24/14 25/24 25/25
**financially** [3] 6/20

**7/11** 18/21
**find** [3] 17/18 22/22 23/9
**finds** [3] 18/18 21/24 24/18
**fine** [2] 18/2 24/19
**fines** [1] 24/17
**first** [8] 1/22 1/22 10/1 10/18 11/24 13/14 26/9 27/4
**FISCHER** [1] 1/4
**five** [2] 10/25 17/11
**following** [2] 23/9 25/10
**follows** [1] 12/17
**food** [4] 9/7 9/11 12/15 16/13
**foregoing** [1] 34/5
**forfeited** [1] 24/22
**forfeiture** [1] 24/20
**Forma** [1] 33/5
**format** [1] 34/7
**forth** [2] 14/2 25/14
**four** [2] 11/15 15/21
**four-level** [1] 15/21
**FREDERICK** [13] 1/9 3/6 3/13 3/18 4/8 4/11 4/21 5/21 5/23 6/12 7/19 8/2 25/1
**free** [1] 10/22
**frequent** [1] 29/10
**friends** [3] 6/11 10/25 18/21
**fuck** [1] 12/18
**functions** [1] 30/22
**Fund** [1] 18/3
**fundamental** [1] 32/8
**funds** [1] 7/23
**further** [4] 18/13 31/18 33/17
**future** [4] 22/20 22/24 23/1 31/15

## G

**gain** [3] 7/10 7/11 8/21
**gains** [1] 25/24
**games** [1] 28/13
**gatekeeper** [1] 21/11
**gave** [2] 4/11 21/20
**General** [3] 24/17 25/13 25/15
**generally** [1] 32/17
**get** [7] 4/21 10/21 10/25 11/6 11/10 11/15 11/20
**given** [2] 14/5 20/8
**Glendale** [1] 2/8
**gmail.com** [1] 1/24
**go** [8] 6/14 7/8 8/25 9/1 15/13 15/16 15/17 20/3
**goal** [1] 8/12
**goes** [1] 14/2
**going** [2] 8/2 8/25
**good** [4] 3/8 3/12 3/15

**G**

**good... [1]**  10/6
**government [14]**  7/18
7/22 9/15 9/18 11/24
13/10 14/24 16/4 17/17
20/7 22/8 22/17 33/3
33/19
**government's [2]**  16/1
19/3
**greater [1]**  23/10
**GROUP [1]**  2/6
**growing [1]**  6/3
**guardian [2]**  29/18
29/20
**guideline [4]**  17/11
17/25 18/1 18/2
**guidelines [10]**  9/17
9/20 9/21 13/7 13/9
13/10 17/20 17/21
17/24 22/16
**guilty [3]**  8/9 32/7 32/9
**guys [1]**  11/15

**H**

**habits [1]**  10/7
**had [17]**  4/3 4/7 4/11
5/24 6/2 6/3 6/13 6/14
7/4 7/7 7/10 11/8 11/10
11/23 12/14 19/15
19/25
**half [2]**  13/7 13/8
**hands [1]**  8/1
**hardships [1]**  14/20
**harm [2]**  7/14 12/4
**harmful [1]**  20/20
**has [14]**  5/25 7/3 7/4
7/7 7/23 11/21 12/23
16/23 17/12 19/19 21/8
24/18 28/9 29/3
**have [41]**
**having [3]**  12/5 17/3
19/4
**he [77]**
**he'd [1]**  19/17
**he's [11]**  6/22 6/23
9/23 10/5 10/6 10/17
10/19 11/24 11/25
12/13 24/18
**head [1]**  7/6
**health [2]**  6/5 27/21
**hear [1]**  12/14
**Hearing [1]**  1/19
**heavily [1]**  21/1
**held [1]**  34/6
**help [5]**  6/18 10/22
11/5 18/20 22/3
**helped [2]**  7/4 10/24
**helping [3]**  6/20 7/2
11/14
**Her [1]**  13/24
**here [7]**  12/1 12/1 13/4
13/10 14/21 17/5 17/16
**hereby [1]**  34/3
**high [1]**  22/15

**him [18]**  4/6 4/16 6/9
7/4 10/15 10/18 11/17
12/1 12/20 13/20 13/21
13/21 13/23 13/25
14/14 16/25 17/3 19/22
**himself [2]**  4/12 18/24
**his [49]**
**history [4]**  9/23 10/3
17/25 18/8
**hold [1]**  12/11
**HOMELAND [2]**  2/10
3/10
**Honor [30]**  3/8 3/12
3/17 4/5 4/7 4/14 4/17
4/20 5/10 5/12 5/18
5/22 5/25 6/19 7/4 7/9
7/15 8/5 9/16 14/24
15/4 15/19 23/7 23/8
24/21 31/19 31/20
33/18 33/19 33/22
**HONORABLE [1]**  1/4
**horrific [1]**  16/22
**hospital [2]**  8/25 9/2
**hour [1]**  9/2
**hours [1]**  27/9
**house [1]**  30/14
**how [5]**  8/11 8/17 9/13
11/5 21/12
**However [1]**  32/13
**huge [2]**  7/15 10/1
**hundred [1]**  9/1
**hurt [2]**  14/8 18/22
**hurtful [2]**  8/12 8/13
**husband [1]**  13/25

**I**

**I'd [2]**  5/18 9/17
**I'll [1]**  14/6
**I'm [9]**  5/11 5/12 8/1
9/8 11/14 17/22 18/4
18/6 18/14
**I've [5]**  3/24 4/1 5/13
8/7 8/8
**if [26]**  5/18 8/2 8/24 9/2
10/22 11/7 12/15 12/25
13/21 20/5 21/13 21/20
21/24 25/6 27/6 28/8
32/4 32/6 32/8 32/11
32/18 32/21 33/1 33/4
33/7 33/8
**ignores [1]**  20/11
**images [3]**  12/21 19/5
28/19
**immature [1]**  8/15
**immediate [1]**  10/18
**immediately [6]**  7/19
12/17 23/15 23/22 24/5
24/11
**imposed [3]**  13/8 23/4
23/6
**imposes [2]**  23/21 24/4
**impossible [1]**  9/3
**imprisonment [5]**
23/17 23/24 24/7 24/13

**25/6**
**impunity [1]**  11/21
**inadvertent [1]**  18/23
**inappropriate [1]**  21/3
**include [2]**  10/10 33/16
**included [2]**  17/13
31/22
**including [3]**  25/13
27/15 28/12
**income [1]**  25/23
**incorporates [1]**  15/25
**indicated [1]**  15/9
**indicates [1]**  16/24
**individualized [1]**  18/5
**individuals [1]**  6/16
**inflicted [1]**  16/5
**information [7]**  16/23
19/14 22/9 25/2 25/4
25/9 27/22
**inheritance [1]**  25/23
**initial [1]**  17/22
**initially [1]**  7/22
**injury [1]**  8/24
**Inmate [4]**  23/18 23/25
24/8 24/14
**ins [1]**  5/24
**instance [1]**  14/14
**instances [1]**  17/13
**instant [1]**  29/20
**intent [1]**  11/25
**intention [4]**  7/13 8/13
9/12 14/7
**intentionally [1]**  8/20
**interact [1]**  29/24
**Investigations [1]**  3/10
**invoke [1]**  27/18
**involuntary [1]**  32/8
**involving [2]**  26/12
28/20
**is [75]**
**issue [1]**  24/20
**issued [1]**  19/12
**issues [2]**  6/5 17/1
**it [29]**  4/4 4/12 4/19
4/24 5/1 5/3 5/5 6/9
6/16 7/25 8/12 9/12
9/13 9/19 12/7 12/8
12/17 13/21 15/6 15/7
16/17 17/14 19/25 20/22
21/21 21/24 28/24 33/8
33/14
**it's [10]**  7/12 10/5
10/15 11/1 13/11 14/3
16/13 21/14 23/13
24/25
**items [2]**  24/21 26/17
**its [2]**  9/19 22/8

**J**

**jail [5]**  9/8 10/23 10/25
11/11 11/15
**Jeffrey [1]**  13/1
**join [1]**  3/20
**judge [3]**  1/4 5/2 13/8

**judgment [4]**  24/25
31/22 32/23 33/11
**judgment's [1]**  25/18
**judgments [1]**  25/24
**Judicial [1]**  34/8
**jurisdiction [6]**  7/17
12/25 26/25 27/3 27/5
27/7
**jurisdictions [1]**  7/17
**just [6]**  7/11 8/6 9/11
11/20 18/11 22/20
**Justice [4]**  15/2 15/13
19/13 23/20

**K**

**KARINE [2]**  2/6 3/13
**Karine Basmadjian [1]**
3/13
**karineblaw [1]**  2/9
**KATHY [2]**  2/3 3/8
**Kathy Yu [1]**  3/8
**keep [1]**  26/24
**kept [1]**  7/11
**kids [7]**  6/20 6/25 7/12
12/18 13/4 14/3 14/8
**Kill [1]**  10/18
**kind [4]**  9/5 9/6 16/24
18/24
**knew [2]**  16/13 16/20
**know [13]**  5/20 8/24
9/1 9/7 11/4 11/5 11/13
11/15 12/19 13/3 14/11
14/12 23/5
**know-how [1]**  11/5
**known [1]**  16/11

**L**

**lack [4]**  9/23 10/1 13/3
16/16
**large [1]**  20/14
**last [1]**  14/6
**lasted [1]**  19/9
**law [10]**  2/6 2/6 5/25
10/5 10/6 11/19 16/18
18/11 30/12 32/12
**law-abiding [2]**  10/5
11/19
**lawful [1]**  30/21
**leading [1]**  21/4
**least [9]**  11/10 16/6
16/19 19/5 19/15 19/18
19/20 30/9 31/11
**leave [1]**  33/5
**leaving [1]**  11/17
**lectern [1]**  3/16
**LEE [2]**  2/10 3/11
**legal [5]**  11/5 19/14
23/3 29/18 29/19
**leniency [1]**  14/23
**less [7]**  16/17 17/5
20/1 23/17 23/24 24/7
24/13
**letters [1]**  4/1
**level [3]**  15/21 17/24

**22/11**
**levels [3]**  17/11 22/13
22/15
**life [18]**  6/10 7/6 9/24
10/5 11/20 11/21 13/11
14/21 18/1 18/1 22/14
22/15 22/18 22/22 25/3
25/4 25/7 25/8
**like [4]**  5/16 5/18 8/2
9/17
**likelihood [2]**  21/23
21/25
**likely [3]**  16/17 16/19
24/19
**little [1]**  20/8
**live [2]**  9/5 9/6
**lived [4]**  9/5 9/24 10/5
11/19
**local [1]**  27/23
**located [2]**  16/25 19/19
**loiter [1]**  29/10
**look [1]**  13/16
**Los [4]**  1/16 1/23 2/5
2/12
**lot [2]**  7/3 9/4
**lottery [1]**  25/23
**loving [1]**  20/5
**low [3]**  21/15 21/25
31/15
**lower [1]**  22/2
**luxury [1]**  9/9

**M**

**made [1]**  16/17
**magazines [1]**  28/18
**mail [1]**  29/6
**maintain [1]**  29/7
**maintained [1]**  26/18
**major [1]**  11/22
**make [5]**  7/25 9/2
15/18 23/3 33/10
**makes [3]**  9/3 11/4
11/22 17/15
**making [2]**  18/5 21/7
**mandated [2]**  29/1
31/13
**many [2]**  19/19 20/1
**market [1]**  13/2
**Marshal [1]**  31/17
**MARTIN [1]**  2/2
**masochistic [1]**  15/22
**mass [1]**  7/9
**master [4]**  12/20 17/3
17/4 19/22
**Master's [2]**  6/2 20/4
**material [2]**  7/10 29/4
**materials [6]**  28/12
28/18 28/23 28/25
30/25 32/3
**matter [3]**  22/25 28/19
34/7
**Maxwell [1]**  12/24
**may [3]**  27/22 32/13
33/5

## M

**me [8]**  3/9 3/14 3/14 5/19 8/2 13/24 15/2 20/18
**meaning [2]**  11/8 11/16
**means [1]**  11/5
**media [3]**  26/3 30/16 30/16
**medical [1]**  9/7
**meeting [1]**  8/14
**memorandum [1]**  5/14
**mental [6]**  6/5 7/1 7/1 7/13 12/4 27/20
**mentally [1]**  6/9
**mentioned [1]**  8/18
**mercy [1]**  14/23
**mere [1]**  20/12
**messages [1]**  8/12
**messaging [1]**  26/3
**met [3]**  4/7 4/13 6/13
**Mexico [1]**  8/22
**might [2]**  8/17 15/10
**mind [2]**  6/19 7/1
**mine [1]**  21/10
**minor [2]**  7/6 29/18
**minors [2]**  20/19 28/16
**mitigating [3]**  5/21 5/22 18/18
**mitigation [3]**  5/17 9/23 13/13
**modus [1]**  13/18
**molested [1]**  6/6
**mom [2]**  6/1 13/24
**Monday [2]**  1/17 3/1
**money [4]**  11/10 14/15 16/15 19/8
**monies [1]**  25/22
**monitored [1]**  26/18
**monitoring [2]**  26/21 26/22
**more [4]**  5/1 13/1 16/16 19/4
**morning [3]**  3/8 3/12 3/15
**mother [1]**  4/2
**move [1]**  31/12
**movies [1]**  12/11
**moving [1]**  5/13
**Mr. [10]**  3/13 3/18 4/8 4/11 4/21 5/21 5/23 6/12 7/19 8/2
**Mr. Billy Frederick [1]**  3/13
**Mr. Frederick [9]**  3/18 4/8 4/11 4/21 5/21 5/23 6/12 7/19 8/2
**Ms. [6]**  4/3 5/3 5/7 16/23 19/15 24/20
**Ms. Basmadjian [3]**  4/3 5/3 5/7
**Ms. Yu [3]**  16/23 19/15 24/20
**much [2]**  8/1 20/1

## N

**naked [1]**  13/24
**name [2]**  10/16 30/8
**names [1]**  26/2
**nature [3]**  18/8 19/1 20/11
**necessary [3]**  23/11 28/23 33/15
**need [7]**  3/20 5/1 9/1 9/7 12/16 18/9 18/14
**needed [2]**  6/18 19/8
**needs [1]**  12/13
**never [8]**  6/12 6/13 6/13 7/7 8/19 8/19 8/20 8/21
**new [3]**  5/15 12/13 26/7
**next [1]**  3/14
**no [21]**  1/8 5/2 5/10 5/24 5/24 11/9 11/23 12/10 15/19 17/12 20/8 23/7 23/8 23/10 24/21 28/9 28/9 31/19 31/20 33/18 34/16
**No. [2]**  3/5 12/12
**No. 1 [1]**  12/12
**North [1]**  2/4
**not [49]**
**note [1]**  17/15
**notes [1]**  22/10
**nothing [5]**  5/15 5/15 18/18 21/16 22/3
**Notice [3]**  32/22 33/9 33/11
**notify [1]**  29/19
**noting [1]**  17/12
**now [5]**  9/6 11/20 15/11 23/2 23/6
**numerically [1]**  22/11

## O

**objections [1]**  23/3
**objects [3]**  15/21 16/9 17/10
**obligation [1]**  25/25
**obtain [5]**  19/10 20/4 22/23 26/11 29/25
**obvious [1]**  16/13
**obviously [4]**  6/5 7/4 20/3 21/10
**occurred [2]**  21/2 27/6
**October [3]**  1/17 3/1 15/6
**October 4th [1]**  15/6
**offender [4]**  26/24 27/12 28/4 29/1
**offense [8]**  5/24 17/24

**multiple [1]**  4/8
**must [6]**  29/24 30/6 31/8 32/22 33/10 33/11
**my [12]**  5/13 5/14 8/6 8/8 8/9 8/11 8/12 8/14 8/17 9/4 9/12 10/24

**offenses [2]**  18/16 22/6
**offensive [1]**  17/5
**offer [1]**  16/15
**office [3]**  25/12 29/8 31/23
**officer [20]**  16/1 17/17 22/18 26/6 26/8 27/9 27/13 27/19 28/2 28/8 29/3 29/9 30/6 30/7 30/9 30/13 30/21 31/8 31/9 31/11
**officer's [2]**  17/10 30/21
**Official [2]**  1/21 34/16
**often [3]**  16/12 20/19 20/23
**oftentimes [1]**  9/11
**okay [5]**  3/21 9/22 13/21 14/5 15/9
**old [1]**  5/23
**on [27]**  1/14 3/8 9/4 10/17 14/6 15/6 18/5 19/14 20/3 20/9 20/14 20/22 21/1 21/13 25/1 25/3 25/4 25/7 25/8 26/6 29/18 30/18 31/14 32/4 33/7 33/9 33/15
**one [15]**  5/22 6/12 9/24 10/14 11/22 13/2 13/3 13/23 16/19 19/11 19/18 19/19 20/18 21/23 33/2
**ones [1]**  13/15
**only [7]**  10/4 14/4 19/19 21/2 21/23 22/18 26/1
**oOo [2]**  3/2 33/25
**open [1]**  29/7
**openly [2]**  12/7 14/20
**operandi [1]**  13/18
**opining [1]**  21/3
**opinion [1]**  21/21
**opportunity [1]**  4/12
**or [65]**
**order [7]**  7/24 24/17 25/13 25/15 29/24 31/22 33/12
**ordered [2]**  23/13 25/25
**orders [2]**  24/10 25/18
**ordinary [1]**  29/25
**organization [1]**  30/3
**originally [1]**  9/4
**other [21]**  5/8 5/13 5/14 7/7 7/11 7/12 7/17 15/14 16/18 17/13 21/12 21/16 21/24 25/24 28/19 29/13 30/15 30/17 31/6 32/2 32/8
**others [1]**  8/12
**otherwise [2]**  18/25

**22/24**
**our [2]**  10/10 20/2
**out [11]**  7/8 8/16 10/9 10/25 11/6 11/10 11/10 11/15 11/18 13/14 19/15
**outset [1]**  18/19
**outside [2]**  6/11 6/11
**outweighed [1]**  21/24
**over [2]**  4/10 6/15
**overcame [1]**  20/3
**override [1]**  21/7
**overseas [1]**  6/25
**own [5]**  7/13 20/20 29/5 30/1 30/23

## P

**page [6]**  10/12 10/19 12/8 12/9 13/22 34/7
**pages [1]**  11/7
**paid [1]**  17/7
**pain [1]**  16/6
**painful [1]**  16/7
**paper [1]**  18/20
**papers [6]**  3/25 5/13 10/10 15/9 19/3 30/4
**parent [2]**  12/14 29/18 29/19
**parents [2]**  6/18 11/3 16/18
**parks [2]**  29/11 31/4
**part [5]**  9/4 16/10 20/14 28/3 32/14
**participate [2]**  12/21 27/10
**particularly [2]**  18/18 32/11
**parties [1]**  3/25
**pass [2]**  26/4 26/8
**pass-codes [2]**  26/4 26/8
**passwords [2]**  26/4 26/7
**PAT [3]**  1/21 34/3 34/16
**patcuneo1600 [1]**  1/24
**Pauperis [1]**  33/6
**Pause [2]**  3/22 15/5
**pay [9]**  19/14 23/13 24/18 24/19 25/17 26/21 28/3 28/9 33/4
**payment [5]**  7/24 25/19 28/7 28/8 28/9
**pending [1]**  10/13
**penny [1]**  6/24
**people [4]**  8/23 18/21 19/15 20/9
**per [4]**  23/17 23/24 24/7 24/13
**perceives [1]**  9/19
**perform [1]**  14/15
**period [6]**  23/16 23/23 24/7 24/12 25/16 28/6
**peripheral [1]**  26/15

**perpetual [1]**  21/8
**person [4]**  18/25 19/12 29/17 30/13
**persons [1]**  29/13 29/22 30/4 31/6
**persuaded [1]**  20/24
**pertaining [1]**  25/19
**Philippines [8]**  6/13 10/14 10/20 11/6 11/12 11/17 18/22 19/13
**photo [1]**  8/20
**photographs [3]**  11/8 28/12 28/18
**photos [2]**  13/25 14/1
**physical [4]**  6/14 11/23 12/4 16/6
**physically [3]**  7/9 8/19 20/20
**physiological [1]**  27/16
**pictures [1]**  28/12
**place [2]**  9/8 9/10
**placed [1]**  25/7
**places [2]**  29/13 31/6
**Plaintiff [2]**  1/7 2/2
**playgrounds [2]**  29/12 31/5
**plea [7]**  7/20 16/2 32/7 32/9 32/14 32/14 32/18
**pleading [1]**  8/9
**please [2]**  3/7 3/16
**pleasure [2]**  7/13 20/20
**point [4]**  9/24 10/9 14/10 17/21
**pointed [1]**  8/16
**police [2]**  10/21 11/3
**polygraph [1]**  27/17
**pools [2]**  29/12 31/4
**poor [2]**  8/23 9/12
**pornography [9]**  15/15 19/5 20/10 20/16 21/9 21/13 22/24 24/3 28/14
**portion [1]**  33/14
**pose [1]**  22/25
**poses [1]**  31/15
**position [2]**  3/25 18/20
**positive [1]**  17/8
**possess [3]**  26/1 28/11 28/17
**possessed [1]**  20/9
**possessing [2]**  28/23 28/25
**possession [2]**  20/12 29/3
**possibly [1]**  8/22
**post [1]**  29/7
**preapproved [2]**  30/7 31/9
**prepare [1]**  33/8
**prepared [1]**  28/25
**presence [1]**  29/17
**present [4]**  2/10 3/14 6/1 32/19
**presented [1]**  16/4

**P**

presentence [9]  3/24
4/4 4/11 4/22 5/8 19/2
27/20 27/23 31/25
PRESIDING [1]  1/4
pressured [1]  11/1
Pretrial [1]  25/12
previous [1]  27/20
previously [1]  20/24
prey [1]  19/11
primarily [2]  29/13
31/6
principal [1]  30/25
principally [1]  21/6
prior [7]  4/13 5/24
17/12 26/9 29/8 30/10
31/12
prison [2]  22/18 26/23
Prisons [3]  25/2 31/24
32/1
Prisons' [4]  23/18
23/25 24/8 24/14
privilege [1]  14/21
probation [25]  13/6
16/1 17/10 17/17 22/17
25/12 25/14 26/6 26/8
27/9 27/13 27/19 28/2
28/8 29/3 29/9 30/6
30/7 30/9 30/13 30/20
31/8 31/9 31/11 31/23
procedures [1]  27/2
proceeding [1]  8/10
proceedings [6]  3/22
15/5 32/9 33/14 33/24
34/6
process [2]  9/3 21/5
produced [1]  19/4
product [1]  30/25
production [2]  17/13
30/25
program [9]  23/19 24/1
24/9 24/15 26/21 26/22
27/12 27/15 28/5
prohibit [3]  12/2 28/22
28/24
promote [1]  18/10
proof [2]  27/8 28/7
property [1]  30/14
proposed [2]  30/9
31/11
prosecutors [1]  13/5
protect [1]  18/12
protects [1]  22/19
proud [1]  6/22
provide [9]  9/18 12/15
18/11 27/8 27/22 28/7
provided [5]  16/23
16/25 31/23 32/1 33/2
provider [3]  27/21
27/22 29/2
provides [1]  22/20
providing [1]  7/11
provision [1]  29/22

PSR [1]  7/18
psychiatric [2]  27/11
28/4
psychological [3]  16/8
27/11 28/3
public [5]  18/12 22/19
22/25 29/11 31/4
punishment [2]  18/11
22/21
puppet [1]  12/20
purpose [1]  27/25
purposes [2]  23/11
29/1
pursuant [9]  23/18
23/20 23/25 24/2 24/8
24/14 24/24 27/1 34/4
put [2]  7/23 14/11

**Q**

quality [1]  14/17
quarter [4]  23/17 23/24
24/8 24/13
questions [1]  4/13

**R**

range [5]  17/25 18/1
18/2 22/14 22/16
rate [4]  23/17 23/24
24/7 24/13
rather [1]  21/6
reached [1]  13/14
reaction [1]  10/18
read [6]  3/24 4/1 4/3
4/12 4/24 5/1
ready [1]  11/9
realize [2]  8/17 9/5
realized [1]  8/14
reason [2]  10/4 23/5
reasonable [2]  23/10
30/18
reasons [2]  17/16
31/21
receive [1]  11/8
received [3]  7/3 22/2
25/22
receiving [1]  29/6
recent [1]  21/1
recess [1]  33/23
recidivism [1]  21/23
record [8]  10/10 11/14
12/3 14/3 14/10 14/19
18/25 33/2
records [2]  18/15 22/5
reduced [1]  22/14
reduction [1]  22/13
references [1]  11/4
referred [2]  19/22
19/23
referring [1]  17/2
refers [1]  20/16
reflect [1]  18/10
reflects [1]  22/19
Reform [1]  24/24
refunds [1]  25/23

refused [1]  14/23
regard [1]  9/21
regarding [1]  10/20
register [2]  26/24 27/5
registering [1]  27/4
registration [4]  26/25
27/2 27/8 27/9
regressed [1]  8/15
regularly [2]  20/21
30/4
regulations [3]  25/12
26/21 34/8
rehabilitation [1]  28/1
reiterate [1]  8/6
reject [1]  18/19
related [2]  20/15 26/14
32/2
relationship [1]  20/5
release [5]  18/1 20/23
25/7 25/14 26/23
released [1]  25/6
relies [2]  20/9 21/13
reliving [1]  8/17
relying [1]  21/1
remain [1]  32/3
remanded [1]  31/16
remind [1]  8/7
remorse [5]  14/7 14/9
20/15 20/25 21/1
remorseful [2]  6/23
20/22
repeated [1]  11/4
reply [1]  5/14
report [18]  3/24 4/4
4/11 4/22 5/8 6/6 17/18
17/19 19/2 20/8 20/9
20/17 21/11 27/20
27/23 31/25 32/2 32/5
reported [1]  34/6
reporter [3]  1/21 33/15
34/16
REPORTER'S [1]  1/14
reports [2]  10/15 27/21
reprehensible [1]
19/20
request [3]  16/25 33/8
33/10
requested [1]  7/17
required [2]  28/8 28/10
requirements [1]  27/15
reside [1]  31/3
residence [5]  27/7
30/14 31/7 31/8 31/11
resides [1]  27/1
resources [1]  17/2
respect [1]  18/11
responds [2]  10/24
11/9
response [1]  16/1
responsibility [7]  7/20
8/8 8/9 23/19 24/1 24/9
24/15
restitution [3]  7/21
24/10 25/18

result [2]  21/15 22/13
resulted [1]  16/7
retained [1]  32/21
retains [1]  27/18
rethink [1]  15/10
reverted [1]  6/21
review [1]  4/4
revised [1]  3/24
right [10]  10/13 15/17
15/20 27/18 32/6 32/10
32/15 32/18 32/21
33/21
rights [1]  32/13
risk [4]  21/13 21/15
27/16 31/15
Room [1]  1/23
rules [3]  25/11 26/20
27/14
run [2]  5/24 25/9
run-ins [1]  5/24

**S**

sad [1]  7/12
sadistic [1]  15/22
said [7]  8/6 14/13
19/13 19/22 21/17
29/18 29/19
same [4]  14/20 20/23
21/3 22/24
sample [2]  13/25 25/21
San [1]  4/8
saw [1]  18/21
say [5]  5/16 9/2 10/18
18/18 19/23
saying [1]  11/1
says [6]  10/22 12/9
12/13 12/13 13/13
13/23
sbcglobal.net [1]  2/9
scheduled [2]  30/10
31/12
schoolyards [2]  29/11
31/4
screen [2]  13/20 26/2
seal [1]  10/11
search [2]  26/16 30/11
second [5]  10/1 12/3
24/16 25/13 25/15
section [11]  15/23
17/11 17/15 17/16
23/12 25/15 28/15
28/16 28/21 31/2 34/4
Section 2256 [3]  28/15
28/16 31/2
Section 2257 [1]  28/21
Section 2G2.1 [1]
15/23
Section 3 [1]  25/15
Section 3553 [1]  23/12
SECURITY [2]  2/10
3/10
see [3]  9/10 13/18 20/2
seeking [1]  7/8
seems [1]  21/2

seen [1]  14/10
sees [1]  20/21
seizure [1]  26/16
sell [2]  13/24 14/1
selling [1]  30/25
send [1]  11/9
sent [3]  6/25 12/20
13/25
sentence [18]  7/18
13/6 13/8 13/11 18/9
18/15 21/22 22/2 22/4
22/4 22/18 23/2 23/3
23/6 23/9 32/10 32/12
32/16
sentencing [16]  1/19
3/23 4/14 5/14 7/16
12/24 13/7 13/12 15/8
17/11 17/20 20/22
22/11 24/24 31/23 32/1
seriousness [1]  18/10
served [1]  25/4
service [2]  27/23 27/25
services [3]  25/12 29/6
29/25
session [1]  3/4
set [2]  3/23 25/14
seven [1]  22/13
severity [1]  22/19
sex [7]  12/22 14/16
14/18 26/24 27/11 28/4
29/1
sexually [6]  16/11 19/7
26/12 28/15 28/19 31/1
shall [43]
shared [1]  8/20
SHARON [2]  2/10 3/10
she [1]  5/4
Sheriff's [1]  4/9
shoes [1]  12/13
should [3]  20/8 23/6
33/14
show [1]  14/23
shows [1]  21/15
sick [1]  13/25
similar [4]  18/15 18/16
22/5 22/6
similarly [1]  17/8
since [2]  7/3 19/18
single [1]  22/1
Sir [1]  32/6
sister [1]  4/2
sitting [1]  3/14
situation [3]  5/21 6/10
7/12
six [2]  10/25 22/15
slave [1]  17/8
slaves [2]  17/3 19/23
sleep [2]  9/8 9/10
small [1]  12/10
so [13]  9/11 9/22 14/2
14/3 15/6 15/7 15/9
15/10 20/13 20/24 21/1
21/13 22/12
social [4]  26/2 27/23

**S**

**social...** [2] 27/25
30/16
**solely** [1] 28/23
**some** [15] 6/16 6/17
6/18 12/23 16/6 17/13
19/8 19/15 21/5 21/18
21/20 22/12 32/8 32/11
32/15
**somehow** [1] 32/7
**someone** [5] 11/10
11/11 11/19 11/20
12/19
**something** [3] 6/9 6/22
11/2
**sorry** [6] 5/11 5/12 6/23
8/23 12/13 18/4
**sort** [2] 6/20 8/15
**special** [8] 2/10 3/10
15/13 18/3 23/14 23/21
24/4 25/17
**specific** [1] 17/6
**specified** [1] 19/7
**Spring** [1] 2/4
**stable** [1] 20/5
**star** [1] 10/17
**star-witness** [1] 10/17
**start** [2] 9/17 9/22
**starting** [1] 17/21
**state** [6] 3/7 15/2 20/2
23/2 27/23 27/24
**stated** [2] 17/16 23/11
**statement** [2] 15/18
31/21
**STATES** [17] 1/1 1/6
2/2 2/3 2/4 3/3 3/5 3/9
18/7 23/12 23/14 28/14
28/16 28/21 31/2 34/4
34/9
**statute** [1] 31/13
**statutes** [1] 12/1
**stenographically** [1]
34/6
**still** [5] 15/12 22/13
22/15
**stops** [1] 22/12
**storage** [3] 26/3 30/16
30/17
**store** [1] 26/11
**Street** [3] 1/22 1/22 2/4
**student** [1] 27/1
**subject** [1] 26/16
**subjected** [1] 19/20
**submission** [1] 27/16
**submit** [6] 7/24 14/25
16/22 30/8 30/11 31/10
**submitted** [2] 5/9 6/6
**subsequently** [1] 4/13
**substance** [1] 31/15
**substantial** [1] 22/2
**such** [8] 25/19 26/4
27/15 27/17 27/24
28/18 29/23 32/17

**suck** [1] 12/9
**suffering** [1] 8/24
**sufficient** [2] 16/3
23/10
**suggestion** [1] 18/19
**suggests** [1] 17/4
**Suite** [1] 2/7
**supervised** [4] 18/1
20/23 25/7 25/14
**supervision** [6] 22/22
25/16 26/6 28/6 30/19
30/21
**support** [2] 9/12 9/19
**suspended** [1] 31/14
**suspicion** [1] 30/18
**sustain** [1] 16/3
**swimming** [2] 29/11
31/4
**sympathy** [1] 9/4
**system** [1] 26/10

**T**

**table** [2] 3/9 22/11
**take** [2] 8/8 12/14
**taken** [2] 8/7 32/4
**takes** [1] 7/25
**taking** [1] 17/23
**talk** [2] 13/19 21/16
**talked** [2] 9/9 12/7
**talking** [1] 10/19
**targeted** [2] 16/10
16/14
**taste** [1] 12/10
**tax** [1] 25/23
**techniques** [1] 21/18
**telephonic** [1] 29/16
**tell** [2] 13/20 15/2
**ten** [2] 30/9 31/11
**term** [5] 22/22 25/3
25/3 25/7 25/8
**terms** [2] 25/9 25/10
**testing** [2] 27/17 31/13
**tests** [2] 21/18 27/17
**than** [15] 5/8 5/13 5/15
7/7 7/11 7/13 19/4 20/1
21/6 21/16 23/10 23/17
23/24 24/7 24/13
**Thank** [8] 4/15 8/5 9/14
15/1 24/23 33/20 33/21
33/22
**thanks** [1] 22/8
**that** [105]
**that's** [8] 4/10 6/8 9/3
12/1 13/9 13/12 13/22
16/24
**their** [10] 14/17 14/18
14/18 14/20 16/12
16/14 16/16 16/21
19/14 26/15
**them** [12] 7/9 7/14 11/9
11/9 11/18 12/5 13/21
17/3 18/22 19/11 19/19
19/23
**then** [6] 5/14 7/3 7/3

10/19 11/2 15/14
**theory** [1] 32/20
**therapy** [1] 7/3
**there** [11] 5/16 6/15
7/15 8/25 9/17 12/15
12/23 15/17 19/17
24/20 32/8
**thereof** [2] 27/12 28/5
**these** [18] 6/20 6/21
6/25 7/8 7/10 7/12 11/5
12/4 12/7 12/8 12/21
12/22 14/3 14/8 16/14
16/22 17/1 20/5
**they** [16] 10/15 10/16
10/22 13/14 13/19 14/1
14/15 14/15 14/16
14/18 16/12 16/16
16/17 16/19 16/20
28/23
**they're** [2] 6/22 10/13
**they've** [1] 14/4
**thing** [2] 6/12 14/6
**things** [1] 10/9
**think** [4] 10/15 10/17
15/12 32/11
**third** [2] 10/4 12/6
**this** [33] 3/3 3/23 5/20
6/10 6/12 7/17 8/15
9/24 9/24 10/1 10/12
11/13 11/19 11/20
12/19 13/23 14/2 14/9
14/11 14/13 15/24 16/3
17/9 20/18 22/1 22/25
25/3 25/8 25/18 26/17
28/22 29/22 33/2
**those** [5] 9/9 20/3
21/10 26/1 32/13
**though** [1] 6/14
**thought** [6] 6/19 7/2
7/6
**thoughtful** [1] 18/25
**three** [1] 26/23
**throughout** [4] 11/13
11/21 14/3 22/7
**ticket** [1] 29/23
**ties** [1] 5/25
**time** [9] 3/23 4/3 5/1
5/23 14/21 19/16 21/3
27/4 30/12
**times** [3] 4/8 10/25
14/19
**tiny** [1] 12/9
**Title** [1] 34/4
**today** [1] 15/7
**together** [1] 7/23
**told** [1] 13/25
**too** [3] 12/10 14/18
14/19
**took** [2] 6/17 7/19
**tool** [2] 21/13 21/14
**total** [2] 17/24 22/10
**touch** [2] 12/5 14/6
**tough** [1] 5/20
**touted** [1] 17/2

**trafficking** [4] 15/3
15/14 19/12 23/20
**transcript** [4] 1/14 33/2
34/5 34/7
**transmit** [1] 26/11
**transpired** [1] 6/8
**traumatic** [1] 20/1
**travel** [1] 8/21
**traveled** [6] 6/12 11/25
11/25
**treatment** [7] 27/11
27/12 27/21 27/22 28/4
29/2 29/2
**tried** [1] 8/8
**trouble** [1] 11/6
**true** [3] 17/4 20/11 34/5
**twisted** [2] 6/19 7/1
**two** [2] 11/10 19/20

**U**

**unable** [3] 24/18 33/1
33/4
**under** [12] 10/11 15/23
17/11 19/8 25/9 29/13
29/17 29/22 30/4 30/18
31/6 32/11
**underprivileged** [2]
8/23 9/13
**understand** [3] 4/19
5/5 32/24
**understatement** [1]
19/24
**undoubtedly** [1] 16/7
**unenforceable** [1]
32/19
**unfortunate** [3] 6/3
19/25 20/3
**Unfortunately** [1]
19/18
**Union** [1] 10/7
**UNITED** [17] 1/1 1/6
2/2 2/3 2/4 3/3 3/5 3/9
18/7 23/11 23/14 28/14
28/16 28/20 31/2 34/4
34/9
**unlawful** [2] 30/20 32/7
**unpaid** [4] 23/16 23/23
24/6 24/12
**unquestionably** [2]
15/24 17/9
**unspecified** [1] 22/3
**until** [3] 11/20 11/24
11/25
**unwarranted** [3] 13/12
18/14 22/4
**up** [5] 6/3 9/24 10/7
12/17 13/20
**upstanding** [1] 9/24
**urge** [1] 14/11
**us** [4] 10/22 10/22
25/12 31/17
**US Marshal** [1] 31/17
**use** [3] 26/1 26/9 29/5
**used** [7] 21/12 26/15

26/17 28/24 28/25
29/13 31/6
**user** [1] 26/2
**using** [1] 10/7
**usual** [1] 29/25
**Usually** [1] 11/1

**V**

**vacation** [1] 8/22
**valid** [1] 21/14
**various** [1] 3/25
**vehicle** [1] 30/14
**vendors** [1] 29/23
**verbal** [1] 29/16
**very** [6] 6/4 6/4 6/23
6/23 6/23 7/12 7/12
12/3 20/23
**Vicky** [2] 15/15 24/2
**victim** [8] 12/12 12/13
15/16 15/17 16/10
16/19 24/3 24/10
**victims** [17] 6/13 7/8
8/1 11/23 13/14 13/17
14/14 14/24 15/3 15/14
16/10 16/14 17/7 18/3
19/19 19/22 23/20
**video** [3] 28/13 29/12
31/5
**videos** [8] 11/8 12/19
12/21 14/17 14/18 19/5
28/13 28/18
**view** [6] 18/24 21/21
26/11 28/11 28/17 31/4
**viewing** [2] 20/16
20/20
**violation** [1] 30/19
**violations** [1] 20/23
**violence** [1] 15/23
**virtually** [1] 20/13
**visual** [1] 26/12
**volition** [1] 21/7
**volunteer** [1] 30/2
**vulnerability** [1] 16/14
**vulnerable** [2] 16/10
16/16

**W**

**wait** [1] 11/24
**waiters** [1] 29/23
**waiting** [1] 7/24
**waive** [1] 32/13
**waived** [2] 24/17 32/9
**waiver** [1] 32/19
**waivers** [1] 32/17
**waives** [1] 32/15
**want** [5] 5/7 10/9 11/2
12/10 12/18 13/24
15/10
**wanted** [9] 8/6 8/7 9/11
12/6 12/21 13/3 14/16
14/21 18/20
**warrant** [1] 30/12
**was** [31] 5/23 6/2 6/6
6/9 6/9 6/10 6/16 6/20

**W**

**was... [23]** 7/2 7/6 8/7 9/12 10/4 11/1 11/19 12/15 12/20 13/2 13/2 13/19 14/7 15/6 16/5 17/1 18/23 19/20 19/23 20/1 20/12 32/7 32/9
**wasn't [4]** 7/13 8/12 10/5 11/15
**watch [1]** 12/11
**watched [1]** 12/19
**way [2]** 7/6 13/12
**ways [2]** 17/6 21/12
**we [10]** 6/6 10/10 10/17 12/11 13/11 13/11 13/18 14/11 14/12 20/2
**we've [1]** 14/10
**website [1]** 26/18
**weeks [1]** 11/10
**weight [2]** 20/8 21/20
**well [5]** 7/18 11/23 16/11 17/1 26/4
**went [2]** 4/10 9/13
**were [14]** 8/12 8/23 9/9 13/7 13/14 13/20 14/18 15/10 16/16 16/19 16/24 19/8 32/8 33/24
**weren't [1]** 11/17
**West [1]** 1/22
**WESTERN [2]** 1/3 10/7
**Western Union [1]** 10/7
**what [17]** 5/8 5/13 6/8 6/24 8/6 9/3 9/19 10/22 12/1 13/11 13/18 15/2 15/10 15/11 20/15 21/17 22/4
**whatever [1]** 7/25
**when [9]** 11/7 13/16 14/14 14/15 14/16 14/17 19/11 27/4 29/2
**where [4]** 14/19 16/11 26/25 28/15
**whether [2]** 6/16 9/8
**which [14]** 7/16 12/12 13/19 20/11 21/2 21/5 21/7 21/18 23/14 23/22 24/4 24/11 26/18 27/5
**while [2]** 12/11 21/3
**who [10]** 3/13 11/19 11/20 13/3 18/16 20/9 20/18 20/21 22/2 22/5
**whole [1]** 8/1
**whom [1]** 29/24
**whose [1]** 30/24
**why [2]** 21/8 23/5
**will [9]** 9/22 10/21 10/22 11/9 18/18 23/2 23/2 33/2 33/8
**willing [1]** 16/21
**Wilson [1]** 2/7
**winnings [1]** 25/23
**wish [2]** 12/9 12/14

**within [7]** 7/16 26/23 27/9 29/11 31/3 32/22 33/10
**without [3]** 12/5 29/8 30/12
**witness [1]** 10/17
**word [1]** 13/4
**words [1]** 21/10
**worked [2]** 6/1 19/10
**working [1]** 19/17
**world [1]** 16/11
**worthless [1]** 20/14
**would [21]** 3/16 5/19 8/2 8/2 12/15 12/25 13/19 13/19 13/21 14/1 14/11 14/25 15/12 16/7 16/17 16/21 17/7 19/14 21/21 22/4 22/13
**writing [1]** 5/9
**writings [1]** 28/12
**written [3]** 4/10 29/8 29/16
**wrong [1]** 9/13
**www.patcuneo.com [1]** 1/25

**Y**

**year [1]** 13/6
**years [6]** 5/23 13/8 13/9 19/9 19/21 25/3
**Yes [7]** 3/17 3/19 4/7 5/4 5/6 9/16 32/25
**you [60]**
**you'd [1]** 5/16
**you're [4]** 8/25 33/1 33/4 33/12
**you've [1]** 32/14
**young [1]** 12/10
**your [47]**
**youth [2]** 29/12 31/5
**YU [5]** 2/3 3/8 16/23 19/15 24/20