UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  2:21-CR-00340-DSF-1 |
| ) | |
| BILLY EDWARD FREDERICK, ) | |
| ) | Los Angeles, California |
| ) | August 4, 2021 |
| Defendant. ) | (10:19 a.m. to 10:24 a.m.) |
| ) | (10:46 a.m. to 10:52 a.m.) |

ARRAIGNMENT OF DEFENDANT

BEFORE THE HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:             See Next Page

COURT REPORTER:          Recorded, VTC

COURTROOM DEPUTY:        Holidae Crawford

TRANSCRIBER:             Dorothy Babykin
                         Courthouse Services
                         1218 Valebrook Place
                         Glendora, California  91740
                         (626) 963-0566

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.
TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

1  APPEARANCES:
2
3  FOR PLAINTIFF UNITED STATES OF AMERICA:
4  TRACY WILKISON
   UNITED STATES ATTORNEY
5  BY:  JULIA HU
   ASSISTANT UNITED STATES ATTORNEY
6  312 NORTH SPRING STREET
   LOS ANGELES, CALIFORNIA  90012
7
8  FOR DEFENDANT BILLY EDWARD FREDERICK: (BY VTC)
9  BASMADJIAN LAW GROUP APC
   BY:  KARINE BASMADJIAN
10       ATTORNEY AT LAW
   520 EAST WILSON AVENUE
11 SUITE 220
   GLENDALE, CALIFORNIA  91206
12
13
14
15
16
17
18
19
20
21
22
23
24
25

I N D E X

2:21-CR-00340-DSF-1                                              AUGUST 4, 2021

PROCEEDINGS:   ARRAIGNMENT OF DEFENDANT, ASSIGNMENT
               OF CASE

Dorothy Babykin Courthouse Services
1218 Valebrook Place • Glendora, CA 91740 • 626.963.0566 • dotnisbet@aol.com

| | |
|---|---|
| 1 | LOS ANGELES, CALIFORNIA; AUGUST 4, 2021;10:19 A.M. |
| 2 | THE CLERK:  COME TO ORDER.  THIS UNITED STATES DISTRICT |
| 3 | COURT IS NOW IN SESSION.  THE HONORABLE PEDRO V. CASTILLO, UNITED |
| 4 | STATES MAGISTRATE JUDGE, PRESIDING. |
| 5 | PLEASE BE SEATED. |
| 6 | CALLING CASE NUMBER 2:21-CR-00340, UNITED STATES OF |
| 7 | AMERICA VERSUS BILLY EDWARD FREDERICK. |
| 8 | COUNSEL, PLEASE STATE YOUR APPEARANCES STARTING WITH |
| 9 | THE GOVERNMENT. |
| 10 | MS. HU.  GOOD MORNING, YOUR HONOR. |
| 11 | JULIA HU ON BEHALF OF THE UNITED STATES. |
| 12 | THE COURT:  GOOD MORNING, MA'AM. |
| 13 | MS. BASMADJIAN:  GOOD MORNING, YOUR HONOR. |
| 14 | KARINE BASMADJIAN APPEARING FOR MR. FREDERICK. |
| 15 | THE COURT:  GOOD MORNING AS WELL. |
| 16 | GOOD MORNING TO BOTH OF YOU. |
| 17 | GOOD MORNING, MR. FREDERICK. |
| 18 | MR. FREDERICK, YOU'RE HERE FOR AN ARRAIGNMENT ON AN |
| 19 | INFORMATION THAT HAS BEEN FILED AGAINST YOU. |
| 20 | WE'LL GO OVER A NUMBER OF RIGHTS AND ASK YOU A NUMBER |
| 21 | OF QUESTIONS. |
| 22 | ARE YOU ABLE TO SEE AND HEAR ME OKAY? |
| 23 | THE DEFENDANT:  YES, I CAN. |
| 24 | THE COURT:  THANK YOU, |
| 25 | MR. FREDERICK, WE ARE PROCEEDING BY WAY OF VIDEO.  IT |

1   DOES, HOWEVER, REQUIRE YOUR CONSENT AND AGREEMENT.

2              AND I SEE A FORM HERE THAT WAS SIGNED ON YOUR -- BY

3   YOURSELF ON YOUR  -- BY YOUR ATTORNEYS – AND YOUR ATTORNEY I

4   SHOULD SAY HAS SIGNED ON YOUR BEHALF, OR YOUR ATTORNEY

5   AGREEING TO PROCEED BY VIDEO.

6              IS THAT WHAT YOU WISH TO DO?

7              THE DEFENDANT:  YES, PLEASE.

8              THE COURT:  THANK YOU VERY MUCH.

9              I ALSO SEE A PRIOR ADVISEMENT OF CONSTITUTIONAL RIGHTS.

10  THOSE ARE THE RIGHTS THAT YOU HAVE INCLUDING THE RIGHT TO GO TO

11  TRIAL, PLEAD NOT GUILTY, BE PRESUMED INNOCENT AND NOT HAVE TO

12  TESTIFY UNLESS YOU WANTED TO AND OTHER RIGHTS.

13             DID YOU REVIEW THOSE WITH YOUR LAWYER?

14             THE DEFENDANT:  YES, I DID.

15             THE COURT:  YOU'RE SATISFIED THAT YOU UNDERSTAND YOUR

16  CONSTITUTIONAL RIGHTS?

17             THE DEFENDANT:  YES, I DO.

18             THE COURT:  AND, MS. BASMADJIAN, YOU'RE RETAINED IN THIS

19  CASE, CORRECT?

20             MS. BASMADJIAN:  YES, YOUR HONOR.  I AM.

21             THE COURT:  THANK YOU.

22             SO, WE'LL PROCEED THEN.

23             IS BILLY EDWARD FREDERICK YOUR TRUE AND CORRECT NAME?

24             THE DEFENDANT:  YES.  IT IS THE NAME ON MY I.D.  MY BIRTH

25  CERTIFICATE SHOWS THE NAME LEO.

| | |
|---|---|
| 1 | THE COURT:  SO, IT WOULD BE  -- YOUR BIRTH CERTIFICATE |
| 2 | SAYS WILLIAM EDWARD FREDERICK? |
| 3 | THE DEFENDANT:  YES, THAT'S CORRECT. |
| 4 | THE COURT:  OKAY. |
| 5 | WILL COUNSEL MAKE A NOTE OF THAT. |
| 6 | SO, THANK YOU, MR. FREDERICK. |
| 7 | WE'LL PROCEED THEN WITH THE ARRAIGNMENT.  BUT BEFORE |
| 8 | WE DO THAT YOU ARE CHARGED BY AN INFORMATION, MR. FREDERICK. |
| 9 | WHAT THAT MEANS IS THAT THERE'S BEEN AN INFORMATION FILED BY THE |
| 10 | GOVERNMENT ALLEGING THAT YOU HAVE COMMITTED CERTAIN CRIMES |
| 11 | AND THOSE ARE SET FORTH IN THE INFORMATION. |
| 12 | YOU DO HAVE THE RIGHT TO PROCEED BY WAY OF INDICTMENT. |
| 13 | HOWEVER, YOU CAN WAIVE YOUR RIGHT TO AN INDICTMENT. |
| 14 | LET ME SEE.  I BELIEVE THAT THERE IS A WAIVER OF |
| 15 | INDICTMENT ON FILE. |
| 16 | IS THAT CORRECT, COUNSEL? |
| 17 | MS. BASMADJIAN:  YES, YOUR HONOR.  YES. |
| 18 | (THE COURT CONFERRING WITH CRD.) |
| 19 | THE COURT:  WE DON'T SEE ONE ON THE DOCKET, |
| 20 | MS. BASMADJIAN.  AND WE -- |
| 21 | MS. BASMADJIAN:  YOUR HONOR, THERE – |
| 22 | THE COURT:  OH, I'M SORRY. |
| 23 | MS. BASMADJIAN:  -- WAS ONE FILED. |
| 24 | THE COURT:  WE SEE A WAIVER OF PRELIMINARY HEARING. |
| 25 | I DON'T SEE A WAIVER OF INDICTMENT. |

1            DO YOU HAVE A COPY OF IT, MS. BASMADMAN – BASMADJIAN.
2    I'M SORRY.
3            MS. BASMADJIAN:  YOUR HONOR, THE PROBLEM IS I'M OUT OF
4    THE COUNTRY.  AND I'M APPEARING VIA -- I WAS  -- I WAS GOING TO HAVE
5    AN ATTORNEY STAND IN FOR ME AT 11:30.  AND I GOT A CALL FROM THE
6    OFFICE TO LOG ON.
7            I CAN DEFINITELY LOOK INTO THE FILE AND REFILE IT TODAY.  I
8    DON'T HAVE IT WITH ME.  BUT I HAVE MY ASSISTANTS WHO COULD HELP
9    ME.
10           SORRY ABOUT THAT, YOUR HONOR.
11           THE COURT:  WELL, YOU KNOW, WE DO NEED A "WAIVER OF
12   INDICTMENT" FORM.  IT'S OUR PROCEDURE THAT THOSE FORMS ARE
13   FILED IN ADVANCE OF THE -- OF THE ARRAIGNMENT.
14           IS THERE SOMEONE IN YOUR OFFICE THAT  -- I CAN RECALL THE
15   CASE LATER ON TODAY.
16           IS THERE SOMEONE IN YOUR OFFICE THAT CAN FILE A "WAIVER
17   OF INDICTMENT" ON BEHALF OF MR. FREDERICK AND GET THAT TO US?
18           MS. BASMADJIAN:  YES, YOUR HONOR.  I BELIEVE IT CAN BE
19   DONE TODAY.
20           THE COURT:  OKAY.
21           WELL, LET'S – LET'S DO THAT BEFORE WE PROCEED ANY
22   FURTHER.  I DO WANT TO MAKE SURE THAT MR. FREDERICK CONSENTS TO
23   THE WAIVER OF INDICTMENT AND THAT HE ALLOWS YOU TO SIGN THAT
24   WAIVER FORM ON HIS BEHALF OR SOMEONE IN YOUR OFFICE.
25           SO, I'LL TAKE A BREAK.  AND WE CAN RESUME.

1   I HAVE OTHER MATTERS TODAY. I'M ON DUTY TODAY. SO,
2   WHENEVER THE CASE IS READY, WE'LL RECALL IT.
3   AND, MS. BASMADJIAN, YOU WILL BE IN CONTACT.
4   IF YOU DON'T -- IF YOU DON'T MIND HOLDING ON, THE CLERK
5   WILL MAYBE SEND YOU THE FORM OR SEND IT TO SOMEONE IN YOUR
6   OFFICE. AND YOU CAN COMMUNICATE WITH MR. FREDERICK, AND WE'LL
7   RESUME THE PROCEEDINGS.
8   OKAY.
9   THE COURT WILL TAKE A BREAK AT THIS TIME.
10   MS. BASMADJIAN: THANKS.
11   THE COURT: THANK YOU.
12   MS. BASMADJIAN: THANK YOU, YOUR HONOR. THANK YOU.
13   THE CLERK: THE COURT IS IN RECESS.
14   THE COURT IS IN RECESS.
15   (RECESS 10:24 A.M. TO 10:46 A.M.)
16   THE CLERK: RECALLING CASE NUMBER 2:21-CR-00340, UNITED
17   STATES OF AMERICA VERSUS BILLY EDWARD FREDERICK.
18   COUNSEL, RESTATE YOUR APPEARANCES STARTING WITH THE
19   GOVERNMENT.
20   MS. HU: GOOD MORNING AGAIN, YOUR HONOR.
21   JULIA HU ON BEHALF OF THE UNITED STATES.
22   THE COURT: GOOD MORNING.
23   MS. BASMADJIAN: GOOD MORNING, YOUR HONOR.
24   KARINE BASMADJIAN ON BEHALF OF MR. FREDERICK.
25   THE COURT: GOOD MORNING AGAIN, MS. BASMADJIAN.

1       THANK YOU.

2       AND THANK YOU, MR. FREDERICK.

3       WE TOOK A BREAK AND NOW WE HAVE A "WAIVER OF

4 INDICTMENT" FORM THAT HAS BEEN SIGNED BY MR. FREDERICK AND

5 COUNSEL.

6       IS THAT CORRECT?

7       MS. BASMADJIAN: YES, YOUR HONOR.

8       THE COURT: THANK YOU.

9       SO, MR. FREDERICK, I'D LIKE TO ADVISE YOU.

10      YOU HAVE THE RIGHT TO A -- AS I EXPLAINED EARLIER TO AN

11 INDICTMENT. YOU CAN WAIVE THAT RIGHT. AND I HAVE A FORM HERE

12 SIGNED BY YOU AND YOUR ATTORNEY THAT INDICATES THAT YOU DO WISH

13 TO WAIVE YOUR RIGHT TO INDICTMENT AND PROCEED BY INFORMATION.

14      IS THAT WHAT YOU WISH TO DO?

15      THE DEFENDANT: YES, YOUR HONOR.

16      THE COURT: AND DO YOU UNDERSTAND THAT BY SIGNING THE

17 WAIVER YOU ARE GIVING UP THE RIGHT THAT I JUST MENTIONED AND

18 CONSENTING TO PROCEED BY INFORMATION RATHER THAN BY INDICTMENT?

19      THE DEFENDANT: YES, I UNDERSTAND.

20      THE COURT: AND YOU'VE HAD THE OPPORTUNITY TO DISCUSS

21 WITH YOUR COUNSEL THE RIGHT TO PROSECUTION BY INDICTMENT AND THE

22 CONSEQUENCES OF WAIVING IT?

23      THE DEFENDANT: YES, I HAVE.

24      THE COURT: AND IT'S YOUR DESIRE TO GIVE UP THIS RIGHT?

25      THE DEFENDANT: THAT'S CORRECT.

| | |
|---|---|
| 1 | THE COURT: THE COURT FINDS THE DEFENDANT'S WAIVER IS |
| 2 | KNOWING AND VOLUNTARY AND ENTERS THE WAIVER. |
| 3 | NEXT WE'LL PROCEED WITH THE ARRAIGNMENT. |
| 4 | MR. BILLY EDWARD FREDERICK, HAVE YOU RECEIVED A COPY OF |
| 5 | THE INFORMATION IN THIS CASE? |
| 6 | THE DEFENDANT: YES, I HAVE IT HERE. I HAVE REVIEWED ALL |
| 7 | THE INFORMATION. |
| 8 | THE COURT: THANK YOU. |
| 9 | AND DO YOU UNDERSTAND THE CHARGES CONTAINED IN THAT |
| 10 | INFORMATION? |
| 11 | THE DEFENDANT: YES, I DO. |
| 12 | THE COURT: DO YOU WAIVE ANY FURTHER READING OF THE |
| 13 | INFORMATION? |
| 14 | THE DEFENDANT: NO FURTHER READING IS NECESSARY. |
| 15 | THE COURT: AND I WILL -- COUNSEL, WILL THIS BE -- ACTUALLY |
| 16 | I SEE A PLEA AGREEMENT HAS BEEN ALREADY SIGNED. |
| 17 | IS THAT CORRECT, MS. BASMADJIAN? |
| 18 | MS. BASMADJIAN: YES, YOUR HONOR. |
| 19 | THE COURT: OKAY. |
| 20 | SO, THIS CASE HAS BEEN ASSIGNED TO THE CALENDAR OF THE |
| 21 | HONORABLE DALE S. FISCHER, UNITED STATES DISTRICT JUDGE. |
| 22 | JUDGE FISCHER HAS INSTRUCTED ME THAT IN A CASE SUCH AS |
| 23 | THIS WHERE THERE'S ALREADY BEEN AN AGREEMENT AS TO A PLEA |
| 24 | AGREEMENT THAT I SHOULD NOT TAKE A PLEA BUT, RATHER, DIRECT THE |
| 25 | PARTIES TO CONTACT JUDGE FISCHER'S CLERK AT (213) 894-0435. THE |

1  CLERK'S NAME IS RENE FISCHER.
2              AND THE COURT WILL THEN SET DATES FOR THE GUILTY PLEA.
3              JUDGE FISCHER IS LOCATED IN COURTROOM 7-D.  THAT'S
4  COURTROOM 7-D, AS IN DAVID, ON THE SEVENTH FLOOR OF THE 350 WEST
5  FIRST STREET COURTHOUSE HERE IN LOS ANGELES.
6              SO, COUNSEL, I URGE YOU TO CONTACT JUDGE FISCHER'S
7  CLERK TO SET A HEARING IN THIS CASE.
8              SO --
9              MS. BASMADJIAN:  WILL DO, YOUR HONOR.
10             THE COURT:  I THINK THERE'S  -- THE ONLY LAST THING I WILL DO
11 I'LL ADVISE THE GOVERNMENT PURSUANT TO RULE 5F AND IN ACCORDANCE
12 WITH THE DUE PROCESS PROTECTIONS ACT THE U.S. IS ORDERED TO
13 PROVIDE EXCULPATORY EVIDENCE TO THE DEFENDANT AS REQUIRED BY
14 <u>BRADY V. MARYLAND</u> AND ITS PROGENY.
15             FAILING TO DO SO IN A TIMELY MANNER MAY RESULT IN
16 ADVERSE CONSEQUENCES INCLUDING EXCLUSION OF EVIDENCE, ADVERSE
17 JURY INSTRUCTIONS, DISMISSAL OF THE CHARGES, CONTEMPT
18 PROCEEDINGS OR SANCTIONS.
19             DOES THE GOVERNMENT UNDERSTAND ITS OBLIGATIONS?
20             MS. HU:  UNDERSTOOD, YOUR HONOR.
21             THE COURT:  THANK YOU VERY MUCH.
22             AND THANK YOU ALL.
23             AND GOOD LUCK TO YOU, MR. FREDERICK.
24             THE DEFENDANT:  THANK YOU.
25             MS. BASMADJIAN:  YOUR HONOR, MAY I MAKE ONE REQUEST,

```
 1   PLEASE.
 2             THE COURT:  YES.
 3             MS. BASMADJIAN:  YOUR HONOR, WITH THE  -- WITH THE
 4   COURT'S PERMISSION I WOULD WANT THE PLEA AGREEMENT TO BE SEALED
 5   BASED ON THE NATURE OF THE CHARGES AND THE ALLEGATIONS FOR THE
 6   SAFETY OF MR. FREDERICK.
 7             THE COURT:  WELL, COUNSEL, HAS IT ALREADY -- IT'S ALREADY
 8   BEEN FILED.
 9             HAS IT BEEN FILED UNDER SEAL?  IS THAT --
10             MR. BASMADJIAN:  NO, YOUR HONOR.
11             AND THAT WAS SOMETHING I ADDRESSED WITH THE
12   GOVERNMENT'S  -- WITH THE GOVERNMENT.  AND WE AGREED THAT I WOULD
13   ADDRESS IT IN COURT THIS MORNING.
14             THE COURT:  WELL, THIS IS WHAT I'LL DO.
15             I'M LOOKING AT THE PLEA AGREEMENT NOW.
16             DOES THE GOVERNMENT HAVE A  -- HAVE AN OPPOSITION TO MY
17   ORDERING THAT THE PLEA AGREEMENT BE PLACED UNDER SEAL AT THIS
18   TIME?
19             MS. HU:  NO OBJECTION, YOUR HONOR.
20             THE COURT:  OKAY.
21             THEN, I WILL ORDER THAT THE INDICTMENT  -- I'M SORRY, THAT
22   THE PLEA AGREEMENT IN THIS CASE BE FILED  -- BE PLACED UNDER SEAL.
23   SO, THAT WILL BE MY ORDER WITH RESPECT TO THAT.
24             MS. BASMADJIAN:  THANK YOU SO MUCH, YOUR HONOR.
25             THANK YOU.
```

1  THE COURT: ANYTHING FURTHER FROM COUNSEL OR --

2  MS. HU: NO, YOUR HONOR.

3  MS. BASMADJIAN: THANK YOU SO MUCH.

4  THE COURT: THANK YOU.

5  THE CLERK: THE COURT IS IN RECESS.

6  COURT IS IN RECESS.

7  (PROCEEDINGS CONCLUDED 10:52 A.M.)

1       TRANSCRIBER'S CERTIFICATE

2       DISCLAIMER

3       THE INTEGRITY OF THIS TRANSCRIPT MAY BE ADVERSELY AFFECTED

4       DUE TO MUFFLED AND UNCLEAR AUDIO TRANSMISSION.

5       I, Dorothy Babykin, attest that the foregoing proceedings provided to me

6   electronically were transcribed by me to the best of my ability.

7       /s/  *Dorothy Babykin*

8

9       Dorothy Babykin

10  Date: 1/22/2023

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25